1  KAREN P. HEWITT
   United States Attorney

2

3  TOM STAHL, California State Bar No. 78291
   Assistant United States Attorney
   Chief, Civil Division

4

5  LAUREN M. CASTALDI
   Trial Attorneys, Tax Division
   U.S. Department of Justice

6  P.O. Box 683, Ben Franklin Station
   Washington, D.C.  20044-0683

7  Telephone:     (202) 514-9668
   Facsimile:     (202) 307-0054

8  E-mail:        lauren.m.castaldi@usdoj.gov

9  Attorneys for the United States of America

10

11                    IN THE UNITED STATES DISTRICT COURT

                     FOR THE SOUTHERN DISTRICT OF CALIFORNIA

12

13  IN RE:                                          )
                                                    )   Case No.  3:08-CV-00455-W-BLM
14  VACANT LAND LOCATED IN SAN DIEGO)
    COUNTY APNS 279-150-22 AND 280-140-10)
15                                                  )   CERTIFICATE OF SERVICE
                                                    )
16                                                  )
                                                    )
17                                                  )
                                                    )
18  _____)

19      I HEREBY CERTIFY that service of the UNITED STATES' ANSWER TO THE PETITION,

20  has been made this 25th day of March, 2008, by United States' Mail to:

21

22  Charles D. Nachad                               Denny Johnston
    The Law Offices of Charles D. Nachad            c/o Taylor Pipeline, Inc.
23  451 South Escondido Blvd.                       2625 Las Palmas Avenue
    Escondido, CA 92025                             Escondido, CA 92025
24  Counsel for Sherrill Johnston
                                                    Denny Johnston
25  Employment Development Department               44913 Silver Rose Street
    800 Capital Mall MIC 92 H                       Temecula, CA  92592-5541
26  Sacramento, CA 94230

27

28                                           -1-                          Certificate of Service

| | |
|---|---|
| Derek Spiker<br>1855 Rainbow Valley Blvd<br>Fallbrook, CA 92028 | Michael Spiker<br>2625 Las Palmas Avenue<br>Escondido, CA 92025 |
| Derek Spiker<br>19773 Ramona Trails Drive<br>Ramona, CA 92065 | Nancy Spiker<br>2625 Las Palmas Avenue<br>Escondido, CA 92025 |
| Michael Spiker<br>1855 Rainbow Valley Blvd<br>Fallbrook, CA 92028 | Denny Johnston<br>1855 Rainbow Valley Blvd.<br>Fallbrook, CA 92028 |
| Nancy Spiker<br>1855 Rainbow Valley Blvd<br>Fallbrook, CA 92028 | Nicole Spiker<br>1855 Rainbow Valley Blvd.<br>Fallbrook, CA 92028 |
| Nicole Spiker<br>19773 Ramona Trails Drive<br>Ramona, CA 92065 | TARGET NATIONAL BANK<br>c/o Eskanos & Adler<br>Donald R. Stebbins/Janet L. Brown<br>Kurtiss A. Jacobs/Jerome M. Yalon |
| Nicole Spiker<br>c/o THREE D ELECTRIC<br>1855 Rainbow Valley Blvd<br>Fallbrook, CA 92028 | 218950/84204<br>2325 Clayton Road<br>Concord, CA 94520 |
| Denny Johnston<br>2625 Las Palmas Avenue<br>Escondido, CA 92025 | STATE OF CALIFORNIA<br>Employment Development Department<br>Lien Group, MIC 92G<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 |
| Derek Spiker<br>2625 Las Palmas Avenue<br>Escondido, CA 92025 | INDEPENDENT ELECTRIC SUPPLY, INC.<br>c/o CRF Solutions<br>P.O. Box 1389<br>Simi Valley, CA 93065 |
| Nicole Spiker<br>2625 Las Palmas Avenue<br>Escondido, CA 92025 | M and D ELECTRIC INC.<br>A California Corporation<br>19773 Ramona Trails<br>Ramona, CA 92065 |

   /s/  Lauren Castaldi
LAUREN M. CASTALDI
Trial Attorney, Tax Division
U.S. Department of Justice

Attorney for the United States of America