```
1   KAREN P. HEWITT
    United States Attorney
2
    TOM STAHL, California State Bar No. 78291
3   Assistant United States Attorney
    Chief, Civil Division
4
    JUSTIN S. KIM
5   LAUREN M. CASTALDI
    Trial Attorneys, Tax Division
6   U.S. Department of Justice
    P.O. Box 683, Ben Franklin Station
7   Washington, D.C.  20044-0683
    Telephone:     (202) 307-0977
8   Telephone:     (202) 514-9668
    Facsimile:     (202) 307-0054
9   E-mail:        justin.s.kim@usdoj.gov
                   lauren.m.castaldi@usdoj.gov
10
    Attorneys for the United States of America
11
```

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No.  3:08-CV-00455-W-BLM |
| VACANT LAND LOCATED IN SAN ) | |
| DIEGO COUNTY APNS 279-150-22 AND ) | |
| 280-140-10 ) | NOTICE OF APPEARANCE |
| ) | |
| _____ ) | |

PLEASE TAKE NOTICE that Justin S. Kim hereby enters an appearance as counsel for the United States.

Respectfully submitted,

DATED this 9th day of April, 2008.

KAREN P. HEWITT
United States Attorney

TOM STAHL
Assistant United States Attorney
Chief, Civil Division

 /s/ Justin S. Kim
_____
JUSTIN S. KIM
LAUREN M. CASTALDI
Trial Attorneys, Tax Division
U.S. Department of Justice

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 9th day of April, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following: none; and I hereby certify that I have mailed by U.S. Postal Service the foregoing to the following non CM/ECF participants:

| | |
|---|---|
| Charles D. Nachad<br>The Law Offices of Charles D. Nachad<br>451 South Escondido Blvd.<br>Escondido, CA 92025<br>Counsel for Sherrill Johnston | Nicole Spiker<br>2625 Las Palmas Avenue<br>Escondido, CA 92025 |
| State of California<br>Employment Development Department<br>Lien Group, MIC 92G<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | Michael Spiker<br>2625 Las Palmas Avenue<br>Escondido, CA 92025<br><br>Nancy Spiker<br>2625 Las Palmas Avenue<br>Escondido, CA 92025 |
| Denny Johnston<br>44913 Silver Rose Street<br>Temecula, CA 92592-5541 | Target National Bank<br>c/o Eskanos & Adler<br>Donald R. Stebbins/Janet L. Brown<br>Kurtiss A. Jacobs/Jerome M. Yalon |
| Derek Spiker<br>19773 Ramona Trails Drive<br>Ramona, CA 92065 | 218950/84204<br>2325 Clayton Road<br>Concord, CA 94520 |
| Nicole Spiker<br>19773 Ramona Trails Drive<br>Ramona, CA 92065 | Independent Electric Supply, Inc.<br>c/o CRF Solutions<br>P.O. Box 1389<br>Simi Valley, CA 93065 |
| Michael Spiker<br>1855 Rainbow Valley Blvd<br>Fallbrook, CA 92028 | M and D Electric Inc.<br>A California Corporation<br>19773 Ramona Trails<br>Ramona, CA 92065 |
| Nancy Spiker<br>1855 Rainbow Valley Blvd<br>Fallbrook, CA 92028 | |

    /s/ Justin S. Kim
JUSTIN S. KIM
Trial Attorney, Tax Division
U.S. Department of Justice