1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                       SOUTHERN DISTRICT OF CALIFORNIA

10

11   ACTION   FORECLOSURE   SERVICES, )  Case No. 08cv455-W (BLM)
     INC.,                             )
12                                     )  **NOTICE   AND    ORDER   SETTING**
                      Plaintiff,       )  **TELEPHONIC    CASE   MANAGEMENT**
13                                     )  **CONFERENCE**
     v.                                )
14                                     )
     UNITED STATES OF AMERICA,         )
15                                     )
                      Defendants.      )
16                                     )
                                       )
17   ──────────────────────────────── )

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1    On May 5, 2008, the Court convened a telephonic Early Neutral

2    Evaluation ("ENE") in the above matter, at which attorneys Laurel

3    Handley, Lauren Castaldi, and Chuck Nachand appeared.   The case

4    tentatively settled at the ENE, and the Court therefore sets a Case

5    Management Conference for **May 27, 2008** at **1:30 p.m.**, or as soon

6    thereafter as the Court's calendar will allow, with the chambers of

7    Magistrate Judge Major.  **Counsel shall appear telephonically.**  The

8    Court will initiate the conference call.

9        **IT IS SO ORDERED.**

10

11   DATED:  May 5, 2008

12

13                              BARBARA L. MAJOR
                                United States Magistrate Judge

14

15

16   COPY TO:

17   HONORABLE THOMAS J. WHELAN
18   U.S. DISTRICT JUDGE

19   ALL COUNSEL

20

21

22

23

24

25

26

27

28