```
THE LAW OFFICES OF CHARLES D. NACHAND
Charles D. Nachand (Bar No. 72068)
Demetri Lahanas, (Bar No. 185583)
Richard B. Hudson (Bar No. 140883)
451 South Escondido Boulevard
Escondido, California 92025
(760) 741-2665 (Telephone)
(760) 741-0396 (Facsimile)
```

Attorneys for Sherill Johnston

FILED
08 MAY -8 PM 3:39
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: ___ DEPUTY

# IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | Case No.: 3:08-CV-00455-W-BLM |
| VACANT LAND LOCATED IN SAN DIEGO COUNTY APNS 279-150-22 AND 280-140-10 | NOTICE OF FILING AND GENERAL APPEARANCE |

Sherill Johnston, claimant and respondent herein, hereby provides notice and confirmation of her timely filing of response and claim in the California State Superior Court action, San Diego County, North County Branch (attaching a copy of the face page of the State Court response), and Notice to all parties of her appearance in this District Court proceeding pursuant to the State Court's Order removing the matter to Federal Court, and in confirmation of her (Johnston's) representation and appearance in the telephonic Early Neutral Evaluation Conference under the direction of the Magistrate Judge Barbara L Major on May 5, 2008.

Respectfully submitted.

Dated: May 7, 2008

LAW OFFICES OF CHARLES D. NACHAND

By: _____
Charles D. Nachand, Attorney for
Sherill Johnston

---

In Re Vacant Land APNS 279-150-22, 280-140-10: Notice of Filing & General Appearance         1

Name of Case: In Re: Vacant Land Located in San Diego County, APNS 279-150-22 & 280-140-10
United State District Court, Southern District of California; Case No. 3:08-CV-00455-W-BLM

## DECLARATION OF SERVICE

I, Sharon Lewis, declare as follows:

I am over the age of eighteen years and not a party to the case. I am employed in the County of San Diego, California, where the mailing occurs; and my business address is 451 South Escondido Boulevard, Escondido, CA 92025.

On May 7, 2008 served the foregoing document(s) described as: **NOTICE OF FILING AND GENERAL APPEARANCE** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

### SEE ATTACHED MAILING LIST

(X) BY MAIL. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing with the United States Postal Service, and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business pursuant to *Code of Civil Procedure* §1013a.

( ) BY FAX. In addition to service by mail as set forth above, a copy of said document(s) were also delivered by facsimile transmission to the addressee pursuant to *Code of Civil Procedure* §1013(e).

( ) BY PERSONAL SERVICE. I hand-delivered said document(s) to the addressee pursuant to *Code of Civil Procedure* §1011.

( ) BY EXPRESS MAIL. I caused said document(s) to be deposited in a box or other facility regularly maintained by the express service carrier providing overnight delivery pursuant to *Code of Civil Procedure* §1013(c)

Executed May 7, 2008 at Escondido, California.

I declare under the penalty of perjury under the laws of the State of California that the above is true and correct.

Sharon Lewis

| | | |
|---|---|---|
| 1 | Laurel I. Handley, Esq. | Lauren M. Castaldi, Esq. |
| 2 | PIPE DUNCAN, LLP | Trial Attorneys, Tax Division |
|   | 525 E. Main Street | U.S. Department of Justice |
| 3 | P.O. Box 12289 | 555 4th Street, N.W. |
|   | El Cajon, California 92022-2290 | Washington, D.C.  20001 |
| 4 | Telephone: 619: 590-1300 | Telephone: 202: 514-9668 |
|   | Attorneys for Action Foreclosure Services, Inc. | Attorneys for United State of America |

THE LAW OFFICES OF CHARLES D. NACHAND
Charles D. Nachand (Bar No. 72068)
Richard B. Hudson (Bar No. 140883)
451 South Escondido Boulevard
Escondido, California 92025
(760) 741-2665 (Telephone)
(760) 741-0396 (Facsimile)

Attorneys for Respondent Sherill Johnston

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF SAN DIEGO, NORTH COUNTY DIVISION

IN RE:

VACANT LAND LOCATED in SAN DIEGO COUNTY APNS 279-150-22 AND 280-140-10

Case No.: 37-2007-00080647-CU-PT-NC

RESPONSE TO PETITION, CLAIMS, PRIORITY LIENS AND REQUEST FOR PAYMENT BY RESPONDENT

Date: March 21, 2008
Time: 1:30
Dept: 12
Judge: Adrienne Orfield

Response to Petition, Identification of Priorities, Claims and Request for Payment by Respondent SHERILL JOHNSTON.

I

### BACKGROUND

This was an attempt by six people to purchase raw land and develop the same. It ended with a foreclosure by the first deed of trust, resulting in the excess proceeds which are before this court. Respondent herein, SHERILL JOHNSTON (herein after JOHNSTON) has an ownership claim, a secured claim (deed of trust and judgement) and has a priority subrogated priority lien and claim for payment on behalf of all owners under the foreclosed, purchase money first deed of trust.

The property was purchased by Respondent JOHNSTON with her then husband DENNY JOHNSTON (now her ex husband - dissolution filed 4/04; entered 3/05). Together they own a one-third interest. The co-purchasers of the property were MICHAEL and NANCY SPIKER as to one-third, and DERRICK AND NICOLE SPIKER as to one-third. (DERRICK is the son of