THE LAW OFFICES OF CHARLES D. NACHAND
Charles D. Nachand (Bar No. 72068)
Demetri Lahanas, (Bar No. 185583)
Richard B. Hudson (Bar No. 140883)
451 South Escondido Boulevard
Escondido, California 92025
(760) 741-2665 (Telephone)
(760) 741-0396 (Facsimile)

Attorneys for Sherill Johnston

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | Case No.: 3:08-CV-00455-W-BLM |
| VACANT LAND LOCATED IN SAN DIEGO COUNTY APNS 279-150-22 AND 280-140-10 | **DECLARATION OF CHARLES D. NACHAND IN SUPPORT OF STIPULATION FOR DISBURSEMENT OF FUNDS AND ORDER THEREON** |

I, CHARLES D. NACHAND, declare as follows:

1. I have reviewed the Superior Court file as of May 5, 2008.

2. I reviewed the file in detail, and noted that it did contain the verified Petition In Re Vacant Land Located in San Diego County APNS 279-150-22 and 280-140-10.

3. Pursuant to that Petition and the Order of the Court contained in the records, the records reflect that Action Foreclosure deposited the sum of $76,142.61 with the County of San Diego. Said Petition and file further reflects the Order of the Court that Petitioner Action Foreclosure is and be discharged and not required to further appear in the action, and said deposit, Order for deposit, discharge, and Order for non-appearance all occurred prior to any request for removal to Federal Court.

4. Said verified Petition reflects that upon foreclosure of the first deed of trust and the retention of surplus funds, Action Foreclosure provided written notice to all parties that pursuant to California Civil Code Section 2924j(d) any claim for surplus funds had to be made in writing

1  within thirty (30) days of said notice.  As identified in the Petition, the only three claims received

2  at all were from the EDD (second in position behind the IRS), the IRS, and Sherill Johnston.  All

3  were timely.  No other claims were submitted.

4    5.  Again, pursuant to the verified Petition, Action determined that it was unable to properly

5  allocate the funds and therefore filed its Petition, withdrew its attorney's fees and costs, and

6  deposited the balance of funds pursuant to a Petition filed in the Superior Court for the State of

7  California, San Diego, North County Branch, located at 325 So. Melrose Drive, Vista, California.

8  A copy of the Petition identifying the prior requirements, the prior claims, and the fact that no other

9  claims were received (attachment 11b to the Petition), and the Petition and notice as sent, are

10  attached as <u>Exhibit 1.</u>

11    6.  A copy of the Superior Court's Order setting the hearing for March 21, 2008 in

12  Department 12, and requiring potential claimants to file and serve their claim against surplus funds

13  fifteen (15) days before the date of hearing is attached hereto as <u>Exhibit 2.</u>

14    7.  Sherill Johnston filed her claim fifteen days prior to the hearing.  A copy of the same is

15  in this Court's file and reflects her claim for $53,156.32.

16    8.  Prior to the hearing date, United States filed a Notice of Removal to US Federal District

17  Court.  A copy of said Notice of Removal is in this Court's file.

18    9.  On March 21, 2008, the Superior Court held its hearing as scheduled in Department 12.

19  Pursuant to the Court's sign in sheet at that time, the only appearance thereon was for Sherill

20  Johnston.  The Court's Minute Order on that date, constituting the Order of the Court, and

21  specifically noting that no further formal Order was required, specified that the Court had received

22  the Notice of Removal of state action to Federal Court brought by the United States Attorney's

23  Office, and the Court effected the requested removal and directed the Clerk of the Superior Court

24  to prepare and transmit a copy of the pleadings to the US Federal District Court.  A copy of said

25  Order and sign-in sheet, both true and correct copies of the originals which appear on yellow paper

26  in the Superior Court file are attached hereto as <u>Exhibit 3.</u>

27    10.  I reviewed the notations and further made specific inquiry of the Clerk of the Court

28  providing the file.  I was given the one and only file that is and has been created in this matter in

1 | the Superior Court.

2 |      11. I reviewed the file in detail.  Other than the Petition filing by Pite Duncan, LLP through

3 | and by Laurel I. Handley, on behalf of Petitioner Action Foreclosure, the responsive pleadings filed

4 | by the Law Offices of Charles Nachand and Charles D. Nachand (declarant herein) for

5 | respondent/claimant Sherill Johnston, and the Notice of Removal, and supporting materials filed

6 | by Karen P. Hewitt, United States Attorney, Tom Stahl, Assistant United State Attorney Chief,

7 | Civil Division, by Lauren M. Castaldi, Trial Attorneys, Tax Division, U.S. Department of Justice,

8 | for removal, there are no other appearances, parties, filings or materials (other than those of the

9 | California Superior Court itself, and a single correspondence placed in the file from the US Federal

10 | District Court dated April 25, 2008) in the Superior Court files.

11 |      12. The United States of America made its claim, filed with this Court.  No other claims

12 | have been made.  No other parties have appeared.  There are NO references, notes or indications of

13 | the contact or appearance of any other claimant or party.

14 |      13. As represented to the Court and to this declarant, the EDD was in contact with counsel

15 | for Petitioner, and indicated that they would not be making a claim.  In discussions with counsel

16 | for the United States of America, researching the law and obtaining background records therefore,

17 | the date of assessment appears to be the controlling date as between the competing governmental

18 | entities, the United States of America assessed their claims prior to and earlier than the EDD, and

19 | the assessed claims of the United States of America are in excess of the total surplus funds, (as

20 | well as  the lesser amount of the  share attributable to their tax debtor) and preclude any possible

21 | claim by the EDD to these funds.

22 |      14. I have been advised that the EDD has disclaimed any interest in the funds and such

23 | disclaimer is provided with the Stipulation in this matter.

24 |      15. I have full written authority from Respondent Sherill Johnston to accept less than the

25 | $53,000 claim submitted, and in fact have the authority to accept the $50,761.74 which is available

26 | pursuant to the deposit, and I have attached said written authority as Exhibit 4.  Said sum is

27 | accepted and it is  so reflected in the stipulation.

28 | // // //

16.   The parties to the stipulation are entitled to and Order and Judgment in their favor, distributing the funds between them.  The stipulation creates a proper and allowable distribution (allocated amounts), and the proposed Order in this matter is proper, within the Court's jurisdiction and supported by the law and the facts in this suit.  It is dispositive of all claims in this matter.

Executed this 22nd  day of May, 2008 at Escondido, California.  I declare under penalty of perjury that the foregoing is true and correct.

_____
Charles D. Nachand, Attorney for
Respondent Sherill Johnston

1    **United State District Court, Southern District of California; Case #. 3:08-CV-00455-W-BLM**
     In Re: Vacant Land Located in San Diego County, APNS 279-150-22 & 280-140-10

2

3    TABLE OF CONTENTS TO DECLARATION OF CHARLES D. NACHAND IN SUPPORT
     OF STIPULATION FOR DISBURSEMENT OF FUNDS AND ORDER THEREON

4

5    1.     Notice of Petition to Superior Court to Deposit Surplus Funds

6    2.     Notice of Hearing Set by the Clerk of the Court Pursuant to
            Civil Code Section 2925j(d)

7

8    3.     Minute Order dated 12/26/07; Superior Court Sign-In Sheet dated 3/21/08

9    4.     Declaration and Authorization of Sherill Johnston

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Exhibit 1

1 | JOHN D. DUNCAN (CA SBN 179560)
PETER J. SALMON (CA SBN 174386)
2 | LAUREL I. HANDLEY (CA SBN 231249)
PITE DUNCAN, LLP
3 | 525 E. Main Street
P.O. Box 12289
4 | El Cajon, CA 92022-2289
Telephone: (619) 590-1300
5 | Facsimile: (619) 590-1385

6 | Attorneys for Petitioner Action Foreclosure Services, Inc.

7

8 | SUPERIOR COURT OF CALIFORNIA

9 | COUNTY OF SAN DIEGO - NORTH COUNTY

10

11 | IN RE:                                          Case No.:

12 | VACANT LAND LOCATED IN SAN           Unlimited Jurisdiction
DIEGO COUNTY APNS 279-150-22 AND
280-140-10                                NOTICE OF PETITION TO SUPERIOR
13 |                                            COURT TO DEPOSIT SURPLUS FUNDS

14 |                                          [Amount Demanded Exceeds $25,000.00]

15 |         To all interested persons, please take notice that Action Foreclosure Services, Inc., is making

16 | an application to the Superior Court of California, County of San Diego - North County, located

17 | at 325 South Melrose, Vista, CA 92083, seeking an order to the Clerk of the Court to deposit surplus

18 | funds in the amount of $76,142.61 with the County Treasurer.  All potential claimants are hereby

19 | notified that all claims for the funds must be filed with said court within thirty (30) days from the

20 | date of this Notice as required by California Civil Code section 2924j(d).

21 |         Upon receipt of conformed copies from the court, Pite Duncan, LLP, will send a Notice of

22 | Case Number Assignment.

23 | /././

24 | /././

25 | /././

26 | /././

27 | /././

28 | /././

1    You will be notified by the Clerk of the Superior Court as to any future hearing dates and

2  where to submit any claim for funds.  The phone number of the court is (760) 726-9595.

3

4  Dated: _____12/4/07_____            PITE DUNCAN, LLP

5

6                                    *Laurel Handley*

7                                    LAUREL I. HANDLEY
                                     Attorney for Action Foreclosure Services, Inc.

8
   1320873.wpd
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                   -2-
                            NOTICE OF PETITION                              08

1
2
3
4
5
6
7

8

### SUPERIOR COURT OF CALIFORNIA

9

### COUNTY OF SAN DIEGO - NORTH COUNTY

10

| | |
|---|---|
| IN RE: | Case No.: |
| VACANT LAND LOCATED IN SAN DIEGO COUNTY APNS 279-150-22 AND 280-140-10 | UnLimited Jurisdiction |
| | ORDER TO DEPOSIT SURPLUS FUNDS |
| | [Amount Demanded Exceeds $25,000.00] |

15   The Court, having reviewed the Petition filed herein and upon the application of the Trustee

16  to allow the Clerk of the Court to deposit funds with the County Treasurer,

17   IT IS ORDERED THAT:

18   The Clerk shall receive the sum of $76,142.61, made payable to Superior Court of California,

19  and shall deposit said amount with the County Treasurer, minus any reasonable fee that the Clerk

20  may charge;

21   IT IS FURTHER ORDERED THAT the Petitioner, Action Foreclosure Services, Inc., as

22  Trustee, is hereby discharged of further responsibility for the disbursement of sale proceeds pursuant

23  to Civil Code section 2924j(c) and is not required to make further appearances in this matter; and

24   IT IS FURTHER ORDERED THAT within 90 days after deposit, the Court shall consider

25  all claims filed at least 15 days before the date on which the hearing is scheduled by the Court

26  pursuant to Civil Code section 2924j(d). The Clerk shall schedule and serve written notice of the

27  hearing by first-class mail on all claimants identified in Petitioner's declaration at the addresses

28  specified therein. The Petitioner has supplied the Court with pre-addressed envelopes for the Clerk's

1 | convenience.

2

3 | Dated: _____        _____

4 |                                         JUDGE OF THE SUPERIOR COURT

MC-095

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| LAUREL I. HANDLEY (CASBN 231249)<br>PITE DUNCAN, LLP<br>525 E. MAIN STREET<br>P.O. BOX 12289<br>EL CAJON, CA 92020<br>TELEPHONE NO.: (619) 590-1300    FAX NO. *(Optional):* (619) 590-1385<br>E-MAIL ADDRESS *(Optional):* LHANDLEY@PITEDUNCAN.COM<br>ATTORNEY FOR *(Name):* ACTION FORECLOSURE SERVICES, INC. | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF    SAN DIEGO
   STREET ADDRESS: 325 SOUTH MELROSE
   MAILING ADDRESS:
   CITY AND ZIP CODE: VISTA, CA 92083
   BRANCH NAME: NORTH COUNTY

IN RE *(ADDRESS OF REAL PROPERTY):*
VACANT LAND LOCATED IN SAN DIEGO COUNTY APNS 279-150-22 AND 280-140-10

### PETITION AND DECLARATION REGARDING UNRESOLVED CLAIMS AND DEPOSIT OF UNDISTRIBUTED SURPLUS PROCEEDS OF TRUSTEE'S SALE

| Jurisdiction *(check all that apply):* | CASE NUMBER: |
|---|---|
| [ ] ACTION IS A LIMITED CIVIL CASE<br>   Amount deposited    [ ] does not exceed $10,000<br>                 [ ] exceeds $10,000, but does not exceed $25,000<br>[X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000) | |

1. Petitioner *(name):* ACTION FORECLOSURE SERVICES, INC.    is the trustee under the Deed of Trust described in items 2 and 3 below.

**The Deed of Trust**

2. The Deed of Trust encumbered the real property commonly known as *(describe):* ASSESSORS PARCEL NUMBERS 279-150-22 AND 280-140-10.

   (the "property") and legally described     [X] in Attachment 2     [ ] as follows:

3. The Deed of Trust was

   a. Executed by *(name):* DENNY AND SHERILL JOHNSTON, ET AL     as trustor.

   b. Executed on *(date):* APRIL 24, 2002

   c. Recorded:

      (1) Date: APRIL 26, 2002

      (2) County: SAN DIEGO

      (3) Instrument number: 2002-0355530

Form Adopted for Mandatory Use<br>Judicial Council of California<br>MC-095 [Rev. January 1, 2004]

**PETITION AND DECLARATION REGARDING UNRESOLVED CLAIMS AND DEPOSIT OF UNDISTRIBUTED SURPLUS PROCEEDS OF TRUSTEE'S SALE**

Civil Code, § 2924j

Legal Solutions Plus

11

| IN RE: VACANT LAND LOCATED IN SAN DIEGO COUNTY APNS 279-150-22 AND 280-140-10 | CASE NUMBER: |
|---|---|

**The Trustee's Sale, Surplus Proceeds, and Notice to Potential Claimants**

4. The property was the subject of a trustee's sale that was held on *(date)*: MAY 4, 2007

5. A trustee's sale guarantee was prepared for the trustee's sale. *(A copy of the trustee's sale guarantee must be attached as Attachment 5.)*

6. The total sale price of the property was: $ 302,100.00

7. After payment of the amounts required by Civil Code section 2924k(a)(1)–(2), there were surplus proceeds from the trustee's sale available to potential claimants in the total amount of: $ 78,137.61

8. Within 30 days after the trustee's sale, the trustee sent written notice under Civil Code section 2924j(a) to all persons with a recorded interest in the real property as of the date immediately prior to the trustee's sale who would be entitled to notice. The names and addresses of all persons sent notice under Civil Code section 2924j(a) are as follows:

[ X ] Continued on Attachment 8.

**The Claims**

9. The trustee has received a total of *(specify number)*: 3    written claims from potential claimants.

10. The trustee has exercised due diligence to determine the priority of the written claims received by the trustee to the trustee's sale surplus proceeds from the persons identified in item 8 to whom notice was sent.

11. The trustee submits this declaration under Civil Code section 2924j(c) for the following reason:
    a. [  ] After due diligence, the trustee is unable to determine the priority of the written claims received by the trustee to the trustee's sale surplus proceeds. *(If this reason applies, describe the problem of determining priorities in Attachment 11a.)*
    b. [ X ] The trustee has determined that there is a conflict between potential claimants to the surplus proceeds. *(If this reason applies, identify the claimants and describe the conflict in Attachment 11b.)*

12. The trustee provides the following additional information relevant to the identity, location, priority of potential claimants, and the conflict of claims:
    CHARLES D. NACHAND
    THE LAW OFFICES OF CHARLES D. NACHAND          EMPLOYMENT DEVELOPMENT DEPARTMENT
    451 SOUTH ESCONDIDO BOULEVARD                  800 CAPITOL MALL MIC 92 H
    ESCONDIDO, CA 92025-4813                       SACRAMENTO, CA 94230
    [  ] Continued on Attachment 12.

**Notice of Intent to Deposit Funds and Proof of Service**

13. The trustee has provided written notice to all persons with a recorded interest in the property who would be entitled to notice under Civil Code section 2924b(b)–(c). The notice includes the following information:

    a. The trustee intends to deposit funds from the trustee's sale with the clerk of the court.

    b. A claim for funds must be filed with the court within 30 days from the date of notice.

    c. The address of the court in which the funds are to be deposited and a telephone number for obtaining further information.

    *(Proof of Service of the notice on **all** persons entitled to notice under Civil Code section 2924j(d) must be attached to this declaration as Attachment 13.)*

**PETITION AND DECLARATION REGARDING
UNRESOLVED CLAIMS AND DEPOSIT OF UNDISTRIBUTED
SURPLUS PROCEEDS OF TRUSTEE'S SALE**

| IN RE: VACANT LAND LOCATED IN SAN DIEGO COUNTY APNS 279-150-22 AND 280-140-10 | CASE NUMBER: |
|---|---|

Deposit

14. **Distributions**
The trustee has distributed the total amount of: $ 0.00                    to the following claimants based on their written claims:

Name of claimant:                                                                                    Amount:

0.00

0.00

0.00

0.00

0.00

0.00

0.00

[    ] Continued on Attachment 14.

15. **Trustee's Fees and Expenses**
The trustee has incurred reasonable fees and expenses totaling: $ 1,635.00          . These fees and expenses are recoverable under Civil Code section 2924k(a)(1) and (b) and are described [    ] in Attachment 15   [X] as follows (specify):

TRUSTEE'S FEES AND COSTS...........................$125.00
ATTORNEY'S FEES AND COSTS.........................$1,510.00

16. **Deposit**
The amount to be deposited is calculated as follows:

| | |
|---|---|
| a. Trustee's sale proceeds ...................................................$ | 302,100.00 |
| b. Debt to foreclosing creditor .............................................$ | 223,962.39 |
| c. Available surplus proceeds (a minus b) ............................$ | 78,137.61 |
| d. Claims paid by trustee (from item 14)..............................$ | 0.00 |
| e. Trustee's fees and expenses (from item 15)....................$ | 1,635.00 |
| f. Remaining surplus proceeds (c minus (d plus e))..............$ | 76,502.61 |
| g. Filing fee ......................................................................$ | 360.00 |
| h. Deposit (f minus g) ......................................................$ | 76,142.61 |

(If the trustee is represented by an attorney, the attorney's signature follows):

Date: 12/4                    , 2007

LAUREL I. HANDLEY                                    ▶ _Laurel Handley_
      (TYPE OR PRINT NAME OF ATTORNEY)                          (SIGNATURE OF ATTORNEY)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:                    , 2007

_____                    ▶ _____
      (TYPE OR PRINT NAME OF TRUSTEE)                          (SIGNATURE OF TRUSTEE)

MC-095 [Rev. January 1, 2004]

**PETITION AND DECLARATION REGARDING
UNRESOLVED CLAIMS AND DEPOSIT OF UNDISTRIBUTED
SURPLUS PROCEEDS OF TRUSTEE'S SALE**

Page 3 of 3

13

IN RE: VACANT LAND LOCATED IN SAN DIEGO COUNTY APNS 279-150-22 AND 280-140-10

CASE NUMBER:

**Deposit**

14. **Distributions**

The trustee has distributed the total amount of: $ 0.00      to the following claimants based on their written claims:

Name of claimant:      Amount:

0.00
0.00
0.00
0.00
0.00
0.00
0.00

☐ Continued on Attachment 14.

15. **Trustee's Fees and Expenses**

The trustee has incurred reasonable fees and expenses totaling: $ 1,635.00    . These fees and expenses are recoverable under Civil Code section 2924k(a)(1) and (b) and are described ☐ in Attachment 15 ☒ as follows *(specify)*:

TRUSTEE'S FEES AND COSTS.............................$125.00
ATTORNEY'S FEES AND COSTS.........................$1,510.00

16. **Deposit**

The amount to be deposited is calculated as follows:

| | |
|---|---:|
| a. Trustee's sale proceeds . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$ | 302,100.00 |
| b. Debt to foreclosing creditor. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$ | 223,962.39 |
| c. Available surplus proceeds *(a minus b)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$ | 78,137.61 |
| d. Claims paid by trustee *(from item 14)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$ | 0.00 |
| e. Trustee's fees and expenses *(from item 15)* . . . . . . . . . . . . . . . . . . . . . . . . . .$ | 1,635.00 |
| f. Remaining surplus proceeds *(c minus (d plus e))* . . . . . . . . . . . . . . . . . . . . . . .$ | 76,502.61 |
| g. Filing fee . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$ | 360.00 |
| h. Deposit *(f minus g)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$ | 76,142.61 |

*(If the trustee is represented by an attorney, the attorney's signature follows):*

Date:          , 2007

LAUREL I. HANDLEY
_____
(TYPE OR PRINT NAME OF ATTORNEY)

▶ _____
(SIGNATURE OF ATTORNEY)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: December 7 , 2007

Action Foreclosure Services, Inc.
_____
(TYPE OR PRINT NAME OF TRUSTEE)
by: James M. Allen, Jr., Chief Financial Officer

▶ _____
(SIGNATURE OF TRUSTEE)

MC-095 [Rev. January 1, 2004]

**PETITION AND DECLARATION REGARDING
UNRESOLVED CLAIMS AND DEPOSIT OF UNDISTRIBUTED
SURPLUS PROCEEDS OF TRUSTEE'S SALE**

Page 3 of 3

14

# ATTACHMENT 2

CLTA GUARANTEE
FORM NO 6282

ORDER NO. 4379835-65
GUARANTEE NO. 201861

## EXHIBIT "A"
## (LEGAL DESCRIPTION)

PARCEL 1:

THE NORTHEAST OF THE SOUTHEAST QUARTER AND THE SOUTH HALF OF THE SOUTHEAST QUARTER OF SECTION 1, TOWNSHIP 13 SOUTH RANGE 1 EAST, SAN BERNARDINO BASE AND MERIDIAN, IN THE COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO OFFICIAL PLAT THEREOF.

PARCEL 2:

THE NORTHEAST QUARTER OF SECTION 12, TOWNSHIP 13 SOUTH, RANGE 1 EAST, SAN BERNARDINO BASE AND MERIDIAN, IN THE COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO OFFICIAL PLAT THEREOF.

NOTE:    THE LATEST TAX BILL FROM THE SAN DIEGO COUNTY TAX COLLECTOR  SHOWS THE SITUS ADDRESS OF SAID LAND AS VACANT LAND.

ASSESSORS PARCEL NUMBER:  279-150-22

# ATTACHMENT 5

CLTA GUARANTEE
FORM NO 6282

ORDER NO. 4379835-65
GUARANTEE NO. 201861

# TRUSTEE'S SALE GUARANTEE

SUBJECT TO THE EXCLUSIONS FROM COVERAGE, THE LIMITS OF LIABILITY AND OTHER PROVISIONS OF THE CONDITIONS AND STIPULATIONS HERETO ANNEXED AND MADE A PART OF THIS GUARANTEE.

## North American Title Insurance
A CORPORATION, HEREIN CALLED THE COMPANY,

GUARANTEES

AS SHOWN IN ITEM 1 OF SCHEDULE A, HEREIN CALLED THE ASSURED, AGAINST LOSS NOT EXCEEDING THE LIABILITY AMOUNT STATED  ABOVE WHICH THE ASSURED SHALL SUSTAIN BY REASON OF ANY INCORRECTNESS IN THE  ASSURANCE WHICH THE COMPANY HEREBY GIVES THAT, ACCORDING TO THE PUBLIC RECORDS, ON THE DATE STATED BELOW,

1.  THE TITLE TO THE HEREIN DESCRIBED ESTATE OR INTEREST WAS VESTED IN THE VESTEE NAMED, SUBJECT TO THE MATTERS SHOWN AS EXCEPTIONS HEREIN, WHICH  EXCEPTIONS ARE NOT NECESSARILY SHOWN IN THE ORDER OF THEIR PRIORITY.

2.  THE NAMES AND ADDRESSES OF PERSONS WHO HAVE RECORDED REQUESTS, AS  PROVIDED BY SECTION 2924B(A) AND (D) OF THE CALIFORNIA CIVIL CODE, FOR A COPY OF NOTICE OF DEFAULT AND A COPY OF NOTICE OF SALE ARE AS SHOWN HEREIN;

3.  THE NAMES AND ADDRESSES OF ADDITIONAL PERSONS, WHO, AS PROVIDED BY SECTION 2924B(C)(1) AND (2) OF THE CALIFORNIA CIVIL CODE, ARE ENTITLED TO RECEIVE A COPY OF NOTICE OF DEFAULT AND A COPY OF NOTICE OF SALE ARE AS SHOWN HEREIN;

4.  THE NAMES AND ADDRESSES OF STATE TAXING AGENCIES WHICH, AS PROVIDED BY SECTION 2924B(C)(3) OF THE CALIFORNIA CIVIL CODE, ARE ENTITLED TO RECEIVE A COPY OF NOTICE OF SALE, ARE AS SHOWN HEREIN, AND;

5.  THE ADDRESSES OF THE INTERNAL REVENUE SERVICE WHICH, AS PROVIDED BY SECTION 2924B(C)(4) OF THE CALIFORNIA CIVIL CODE, ARE ENTITLED TO RECEIVE A COPY OF NOTICE OF SALE, ARE AS SHOWN HEREIN, AND;

6.  THE HEREIN DESCRIBED LAND IS LOCATED IN THE CITY OR JUDICIAL DISTRICT STATED  HEREIN AND, IF DESIGNATED, THE NEWSPAPER OR NEWSPAPERS LISTED   HEREIN  QUALIFY FOR PUBLICATION OF NOTICE PURSUANT TO SECTION 2924F OF THE CALIFORNIA CIVIL CODE.

DATED: OCTOBER 18, 2006

CLTA GUARANTEE
FORM NO 6282

ORDER NO. 4379835-65
GUARANTEE NO. 201861

## SCHEDULE A

YOUR REFERENCE:    2006623

DATED:    OCTOBER 18, 2006 AT 8:00 A. M.

LIABILITY:    $200,000.00

PREMIUM:    $672.00

1.    NAME OF ASSURED:

        TRUSTEE:    FIRST AMERICAN TITLE INSURANCE COMPANY

        BENEFICIARY:    ROBERT A. DAVIS AND MARY CLAIRE DAVIS, AS TRUSTEE, OR THE SUCCESSOR
        TRUSTEE, OF THE DAVIS FAMILY TRUST DATED MAY 29, 2003

2.    THE ESTATE OR INTEREST IN THE LAND HEREINAFTER DESCRIBED OR REFERRED TO COVERED
BY THIS GUARANTEE IS:

        A FEE

3.    TITLE TO SAID ESTATE OR INTEREST AT THE DATE HEREOF IS VESTED IN:

        DENNY JOHNSTON AND SHERILL JOHNSTON, HUSBAND AND WIFE, AS JOINT TENANTS AS TO AN
UNDIVIDED 1/3 INTEREST AND DEREK SPIKER AND NICOLE SPIKER, HUSBAND AND WIFE, AS
JOINT TENANTS AS TO AN UNDIVIDED 1/3 INTEREST AND MICHAEL SPIKER AND NANCY SPIKER,
HUSBAND AND WIFE, AS JOINT TENANTS AS TO AN UNDIVIDED 1/3 INTEREST, AS TENANTS IN
COMMON

4.    THE LAND REFERRED TO IN THIS GUARANTEE IS SITUATED IN THE STATE OF CALIFORNIA,
COUNTY OF SAN DIEGO, AND IS DESCRIBED AS FOLLOWS:

        SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF.

CLTA GUARANTEE
FORM NO 6282

ORDER NO. 4379835-65
GUARANTEE NO. 201861

## SCHEDULE B

EXCEPTIONS:

1. GENERAL AND SPECIAL PROPERTY TAXES, AND ANY ASSESSMENTS COLLECTED WITH TAXES, INCLUDING UTILITY ASSESSMENTS, FOR THE FISCAL YEAR 2006/2007.

   | | |
   |---|---|
   | TOTAL AMOUNT: | $1,324.08 |
   | FIRST INSTALLMENT: | $662.04 |
   | PENALTY: | $66.20 (AFTER DECEMBER 10, 2006) |
   | SECOND INSTALLMENT: | $662.04 |
   | PENALTY: | $76.20 (AFTER APRIL 10, 2007) |
   | EXEMPTION: | $NONE |
   | CODE NO.: | 65023 |
   | PARCEL NO.: | 279-150-22 |

1A. SAID PROPERTY HAS BEEN DECLARED TAX-DEFAULTED FOR NON-PAYMENT OF DELINQUENT TAXES FOR THE FISCAL YEAR 2004-2006.

   AMOUNT TO REDEEM PRIOR TO OCTOBER 31, 2006:   $2,378.31
   AMOUNT TO REDEEM PRIOR TO NOVEMBER 30, 2006:  $2,407.15

   PARCEL NO.:                279-150-22

   THE ABOVE MATTER AFFECTS THE HEREIN DESCRIBED PROPERTY AND OTHER PROPERTY.

1B. GENERAL AND SPECIAL PROPERTY TAXES, AND ANY ASSESSMENTS COLLECTED WITH TAXES, INCLUDING UTILITY ASSESSMENTS, FOR THE FISCAL YEAR 2006/2007.

   | | |
   |---|---|
   | TOTAL AMOUNT: | $1,764.74 |
   | FIRST INSTALLMENT: | $882.37 |
   | PENALTY: | $88.23 (AFTER DECEMBER 10, 2006) |
   | SECOND INSTALLMENT: | $882.37 |
   | PENALTY: | $98.23 (AFTER APRIL 10, 2007) |
   | EXEMPTION: | $NONE |
   | CODE NO.: | 65023 |
   | PARCEL NO.: | 280-140-10 |

1C. SAID PROPERTY HAS BEEN DECLARED TAX-DEFAULTED FOR NON-PAYMENT OF DELINQUENT TAXES FOR THE FISCAL YEAR 2004-2006.

   AMOUNT TO REDEEM PRIOR TO OCTOBER 31, 2006:   $3,158.16
   AMOUNT TO REDEEM PRIOR TO NOVEMBER 30, 2006:  $3,196.60

   PARCEL NO.:                280-140-10

20

CLTA GUARANTEE
FORM NO 6282

ORDER NO. 4379835-65
GUARANTEE NO. 201861

1D.    THE LIEN OF SUPPLEMENTAL TAXES, IF ANY, ASSESSED PURSUANT TO THE PROVISIONS OF CHAPTER 3.5 (COMMENCING WITH SECTION 75) OF THE REVENUE AND TAXATION CODE OF THE STATE OF CALIFORNIA.

2.    THE FACT THAT THE PUBLIC ROAD DOES NOT DISCLOSE THAT THE OWNERSHIP OF SAID LAND INCLUDES RIGHTS OF ACCESS TO OR FROM ANY PUBLIC STREET. NOTWITHSTANDING THE INSURING CLAUSES OF THE POLICY, THE COMPANY DOES NOT INSURE AGAINST LOSS OR DAMAGE BY REASON OF A LACK OF A RIGHT OF ACCESS TO AND FROM THE LAND.

3.    A DEED OF TRUST TO SECURE AN INDEBTEDNESS IN THE AMOUNT SHOWN BELOW AND ANY OTHER OBLIGATIONS SECURED THEREBY:

| | |
|---|---|
| AMOUNT: | $192,223.40 |
| DATED: | APRIL 24, 2002 |
| TRUSTOR: | DENNY JOHNSTON AND SHERILL JOHNSTON, HUSBAND AND WIFE, AS JOINT TENANTS AS TO AN UNDIVIDED 1/3 INTEREST AND DEREK SPIKER AND NICOLE SPIKER, HUSBAND AND WIFE AS TO AN UNDIVIDED 1/3 INTEREST AND MICHAEL SPIKER AND NANCY SPIKER, HUSBAND AND WIFE, AS JOINT TENANTS, AS TO AN UNDIVIDED 1/3 INTEREST AS TENANTS IN COMMON |
| TRUSTEE: | FIRST AMERICAN TITLE INSURANCE COMPANY, A CALIFORNIA CORPORATION |
| BENEFICIARY: | ROBERT ALLEN DAVIS, A MARRIED MAN |
| RECORDED: | APRIL 26, 2002 AS INSTRUMENT NO. 2002-0355530, OF OFFICIAL RECORDS |

AN ASSIGNMENT OF THE BENEFICIAL INTEREST UNDER SAID DEED OF TRUST NAMES:

| | |
|---|---|
| AS ASSIGNEE: | ROBERT A. DAVIS AND MARY CLAIRE DAVIS, AS TRUSTEE, OR THE SUCCESSOR TRUSTEE, OF THE DAVIS FAMILY TRUST DATED MAY 29, 2003 |
| RECORDED: | OCTOBER 28, 2003 AS INSTRUMENT NO. 2003-1310281, OF OFFICIAL RECORDS |

A NOTICE OF DEFAULT UNDER THE TERMS OF SAID DEED OF TRUST:

| | |
|---|---|
| EXECUTED BY | ACTION FORECLOSURE SERVICES, INC., A CALIFORNIA CORPORATION |
| RECORDED | OCTOBER 18, 2006 AS INSTRUMENT NO. 06-0739357, OF OFFICIAL RECORDS |

CLTA GUARANTEE
FORM NO 6282

ORDER NO. 4379835-65
GUARANTEE NO. 201861

4.   A DEED OF TRUST TO SECURE AN INDEBTEDNESS IN THE AMOUNT SHOWN  BELOW  AND ANY
     OTHER OBLIGATIONS SECURED THEREBY:

        AMOUNT:            $409,190.00
        DATED:             JANUARY 7, 2005
        TRUSTOR:           DENNY L. JOHNSTON
        TRUSTEE:           FIRST AMERICAN TITLE INSURANCE COMPANY, A CALIFORNIA
                           CORPORATION
        BENEFICIARY:       SHERILL LYNN JOHNSTON
        RECORDED:          FEBRUARY 3, 2005 AS INSTRUMENT NO. 2005-0092417, OF
                           OFFICIAL RECORDS

5.   AN ABSTRACT OF JUDGMENT IN THE AMOUNT SHOWN BELOW AND ANY OTHER AMOUNTS DUE.

        ENTERED:           06/23/06
        AMOUNT:            $5,110.44
        DEBTOR:            DEREK M. SPIKER
        CREDITOR:          TARGET NATIONAL BANK
        COUNTY:            SAN DIEGO
        COURT:             SUPERIOR
        CASE NO.:          IE032007
        RECORDED:          AUGUST 4, 2006 AS INSTRUMENT NO. 2006-0554180, OF OFFICIAL
                           RECORDS

6.   A TAX LIEN FOR THE AMOUNT SHOWN AND ANY OTHER AMOUNTS DUE, IN FAVOR OF THE
     TAXING AGENCY SHOWN BELOW:

        TAXING AGENCY:     STATE    OF    CALIFORNIA    EMPLOYMENT    DEVELOPMENT
                           DEPARTMENT
        AMOUNT SHOWN:      $51,778.37
        CERTIFICATE OR
        SERIAL NO.:        M 377579
        TAXPAYER:          MICHAEL J. SPIKER, INDIVIDUALLY AND/OR AS CEO/PRESIDENT
                           OF, SPIKER ELECTRIC, INC.
        RECORDED:          JANUARY 6, 2006 AS INSTRUMENT NO. 2006-0013911, OF
                           OFFICIAL RECORDS

7.   A TAX LIEN FOR THE AMOUNT SHOWN AND ANY OTHER AMOUNTS DUE, IN FAVOR OF THE
     TAXING AGENCY SHOWN BELOW:

        TAXING AGENCY:     DEPARTMENT OF THE TREASURY – INTERNAL REVENUE SERVICE
        AMOUNT SHOWN:      $151,155.77
        CERTIFICATE OR
        SERIAL NO.:        294549406
        TAXPAYER:          MICHAEL J SPIKER
        RECORDED:          JUNE 9, 2006 AS INSTRUMENT NO. 2006-0411776, OF OFFICIAL
                           RECORDS

CLTA GUARANTEE
FORM NO 6282

ORDER NO. 4379835-65
GUARANTEE NO. 201861

8.     A TAX LIEN FOR THE AMOUNT SHOWN AND ANY OTHER AMOUNTS DUE, IN FAVOR OF THE
       TAXING AGENCY SHOWN BELOW:

       TAXING AGENCY:          DEPARTMENT OF THE TREASURY — INTERNAL REVENUE SERVICE
       AMOUNT SHOWN:           $151,155.77
       CERTIFICATE OR
       SERIAL NO.:             294549506
       TAXPAYER:               NANCY S SPIKER
       RECORDED:               JUNE 9, 2006 AS INSTRUMENT NO. 2006-0411777, OF OFFICIAL
                               RECORDS

9.     ANY BANKRUPTCY PROCEEDINGS THAT ARE NOT DISCLOSED BY THE ACTS THAT   WOULD
       AFFORD NOTICE AS TO SAID LAND, PURSUANT TO TITLE 11,  U.S.C.  549(C) OF THE BANKRUPTCY
       REFORM ACT OF 1978, AS AMENDED.

CLTA GUARANTEE
FORM NO 6282

ORDER NO. 4379835-65
GUARANTEE NO. 201861

## SCHEDULE C

## INFORMATION FOR TRUSTEE

RELATIVE TO THE DEED OF TRUST SHOWN AS ITEM 3 OF THIS GUARANTEE:

1.  TRUSTEE MUST OBSERVE THE REQUIREMENTS OF SECTION 2924B OF THE CALIFORNIA CIVIL CODE AS TO THE NOTICES TO BE SENT TO THE TRUSTORS. IF ADDRESSES OF THE TRUSTORS ARE NOT SHOWN IN SAID TRUST DEED, THIS CODE SECTION STATES THE PROCEDURE TO BE FOLLOWED AS TO NOTICE IN SUCH CASES. NAMES AND ADDRESSES OF TRUSTORS (IF ANY) SHOWN IN SAID DEED OF TRUST.

    DENNY JOHNSTON
    2625 LAS PALMAS AVENUE
    ESCONDIDO CA 92025

    SHERILL JOHNSTON
    2625 LAS PALMAS AVENUE
    ESCONDIDO CA 92025

    DEREK SPIKER
    2625 LAS PALMAS AVENUE
    ESCONDIDO CA 92025

    NICOLE SPIKER
    2625 LAS PALMAS AVENUE
    ESCONDIDO CA 92025

    MICHAEL SPIKER
    2625 LAS PALMAS AVENUE
    ESCONDIDO CA 92025

    NANCY SPIKER
    2625 LAS PALMAS AVENUE
    ESCONDIDO CA 92025

2.  THE NAMES AND ADDRESSES OF PERSONS WHO HAVE RECORDED REQUESTS, AS PROVIDED BY SECTION 2924B(A) AND (D) OF THE CALIFORNIA CIVIL CODE, FOR A COPY OF NOTICE OF DEFAULT AND FOR A COPY OF NOTICE OF SALE ARE:

    NONE.

CLTA GUARANTEE
FORM NO 6282

ORDER NO. 4379835-65
GUARANTEE NO. 201861

3.    NAMES AND ADDRESSES OF ADDITIONAL PERSONS WHO, AS PROVIDED BY SECTION 2924B(C)(1) AND (2) OF THE CALIFORNIA CIVIL CODE, ARE ENTITLED TO RECEIVE A COPY OF NOTICE OF DEFAULT AND A COPY OF NOTICE OF SALE ARE:

SHERILL LYNNE JOHNSTON
2625 LAS PALMAS AVENUE
ESCONDIDO, CA 92025
REGARDING ITEM NO. 4

DENNY JOHNSTON
1855 RAINBOW VALLEY BLVD.
FALLBROOK CA 92028
REGARDING VESTEE

SHERILL JOHNSTON
1855 RAINBOW VALLEY BLVD.
FALLBROOK CA 92028
REGARDING VESTEE

DEREK SPIKER
1855 RAINBOW VALLEY BLVD.
FALLBROOK CA 92028
REGARDING VESTEE

NICOLE SPIKER
1855 RAINBOW VALLEY BLVD.
FALLBROOK CA 92028
REGARDING VESTEE

MICHAEL SPIKER
1855 RAINBOW VALLEY BLVD.
FALLBROOK CA 92028
REGARDING VESTEE

NANCY SPIKER
1855 RAINBOW VALLEY BLVD.
FALLBROOK CA 92028
REGARDING VESTEE

4.    NAMES AND ADDRESSES OF STATE TAXING AGENCIES WHICH, AS PROVIDED BY SECTION 2924B(C)(3) OF THE CALIFORNIA CIVIL CODE, ARE ENTITLED TO RECEIVE A COPY OF NOTICE OF SALE ARE:

STATE OF CALIFORNIA
EMPLOYMENT DEVELOPMENT DEPARTMENT
LIEN GROUP, MIC 92G
P.O. BOX 826880
SACRAMENTO, CALIFORNIA 94280-0001
REGARDING ITEM NO. 6

CLTA GUARANTEE
FORM NO 6282

ORDER NO. 4379835-65
GUARANTEE NO. 201861

5.     THE ADDRESSES OF THE INTERNAL REVENUE SERVICE WHICH, AS PROVIDED BY SECTION
2924B(C)(4) OF THE CALIFORNIA CIVIL CODE, ARE ENTITLED TO RECEIVE A COPY OF NOTICE OF
SALE ARE:

LAGUNA NIGUEL DISTRICT
INTERNAL REVENUE SERVICE
S:C:F:TS:W:AREA 14:GROUP 15
24000 AVILA ROAD, M/S 5905
LAGUNA NIGUEL, CA 92677-09608

ATTN:  ADVISORY UNIT
          949-360-2364 OR 949-360-2427

C. RIPP            949-389-4140
U. CLARA          949-389-4132

                - AND –

LOS ANGELES DISTRICT/AREA 16

INTERNAL REVENUE SERVICE
STOP 5021/ADVISORY UNIT 1/RM 4062
300 N. LOS ANGELES STREET
LOS ANGELES, CA 90012

ATTN:  TECHNICAL SUPPORT TERRITORY MANAGER

G. LAM 213-576-4584
CONTRACT PERSON:   L. A. KIRKWOOD      213-576-4456
REGARDING ITEM NO. 7 AND 8

6.     THE NAMES OF PERSONS AND ADDRESSES DISCLOSED BY THE RECORDS EXAMINED, OTHER
THAN THOSE TO WHOM NOTICE IS REQUIRED BY SECTION 2924B OF THE CALIFORNIA CIVIL
CODE TO BE DIRECTED, WHO MIGHT BE INTERESTED IN RECEIVING A COPY OF NOTICE OF
DEFAULT AND A COPY OF NOTICE OF SALE ARE:

TARGET NATIONAL BANK
C/O ESKANOS & ADLER
DONALD R. STEBBINS/JANET L. BROWN
KURTISS A. JACOBS/JEROME M. YALON 218950/84204
2325 CLAYTON ROAD,
CONCORD, CA 94520
REGARDING ITEM NO. 5

26

CLTA GUARANTEE
FORM NO 6282

ORDER NO. 4379835-65
GUARANTEE NO. 201861

7.    CITY IN WHICH SAID LAND IS LOCATED:        FALLBROOK
      IF NOT IN CITY, JUDICIAL DISTRICT IN WHICH SAID LAND IS LOCATED:

8.    LEGAL PUBLICATIONS:

      ESCONDIDO NEWS

      PUBLISHED: MONDAY THROUGH FRIDAY

      ATTENTION IS CALLED TO SERVICEMEMBERS CIVIL RELIEF ACT OF 1940 AND AMENDMENTS
      THERETO AND THE MILITARY RESERVIST RELIEF ACT OF 1991 (SEC 800 TO 810, CALIFORNIA
      MILITARY AND VETERANS CODE) WHICH CONTAIN INHIBITIONS AGAINST THE SALE OF LAND
      UNDER A DEED OF TRUST IF THE OWNER IS ENTITLED TO THE BENEFITS OF SAID ACTS.

      ATTENTION IS CALLED TO THE FEDERAL TAX LIEN ACT OF 1966 WHICH, AMONG OTHER THINGS,
      PROVIDES FOR THE GIVING OF WRITTEN NOTICE OF SALE IN A SPECIFIED MANNER TO THE
      SECRETARY OF TREASURY OR HIS DELEGATE AS A REQUIREMENT FOR THE DISCHARGE OR
      DIVESTMENT OF A FEDERAL TAX LIEN IN A NON-JUDICIAL SALE, AND ESTABLISHES WITH
      RESPECT TO SUCH A LIEN A RIGHT IN THE UNITED STATES TO REDEEM THE PROPERTY WITHIN
      A PERIOD OF 120 DAYS FROM THE DATE OF ANY SUCH SALE.

                              COUNTERSIGNED:

                              _____
                              AUTHORIZED SIGNATORY

ORDER NO. 4379835-65

**Privacy Policy Notice**
**(as of July 1, 2001)**

We at the North American Title family of companies take your privacy very seriously. We do not share your private information with anyone except as necessary to complete your real property, title insurance and escrow transaction.

OUR PRIVACY POLICIES AND PRACTICES

1.  Information we collect and sources from which we collect it: We collect nonpublic personal information from you from the following sources:

> \* Information we receive from you on applications or other forms.
> \* Information about your transactions with us, our affiliates or others.
> \* Information from non-affiliated third parties relating to your transaction.

"Nonpublic personal information" is nonpublic information about you that we obtain in connection with providing a product or service to you.

2.  What information we disclose and to whom we disclose it: We do not disclose any nonpublic personal information about you to either our affiliates or non-affiliates without your express consent, except as permitted or required by law. We may disclose the nonpublic personal information we collect, as described above, to persons or companies that perform services on our behalf regarding your transaction. "Our affiliates" are companies with which we share common ownership and which offer real property, title insurance, or escrow services.

3.  Our security procedures: We restrict access to your nonpublic personal information and only allow disclosures to persons and companies as permitted or required by law to assist in providing products or services to you. We maintain physical, electronic, and procedural safeguards to protect your nonpublic personal information.

4.  Your right to access your personal information: You have the right to review your personal information that we record about you. If you wish to review that information, please contact your local North American Title office and give us a reasonable time to make that information available to you. If you believe any information is incorrect, notify us, and if we agree, we will correct it. If we disagree, we will advise you in writing why we disagree.

5.  Customer acknowledgement: Your receipt of a copy of the preliminary report, commitment, your policy of insurance, or escrow documents, accompanied by this Notice will constitute your acknowledgement of receipt of this Privacy Policy Notice.

North American Title may also share your information with an insurance institution, credit reporting agency, insurance regulatory authority, law enforcement, other governmental authority, actuary, or other research organization for purposes of detecting or preventing fraud, crimes, or misrepresentations in connection with an insurance or real estate transaction, resolving claims or service disputes, investigating suspected illegal or unlawful activities, or for conducting actuarial or research studies.

# ATTACHMENT 8

# Declaration of Mailing

Trustee's Sale No. 2006623

I,          JAMES ALLEN  Jr.  , declare:

Date:  05/15/2007

Mailing: ~~Sale Mail~~ *Surplus*

Page:    1  *Proceed*

That I am an officer, agent, or employee of      ACTION FORECLOSURE SERVICES, INC. whose business address is      888 PROSPECT STREET, SUITE 201, LA JOLLA, CA  92037

I am over the age of eighteen years; On  05/15/2007    by Certified   mail, enclosed in a sealed envelope with postage fully prepaid, I deposited in the United States Post Office at          SAN DIEGO

notices, a true and correct copy of which is hereunto attached and made part hereof, addressed to the following:

| Number of Article | Name of Addressee, Street, and Post Office Address | Cert. Fee | R.R. Fee |
|---|---|---|---|
| 71006309264040366177 | DENNY JOHNSTON<br>C/O TAYLOR PIPELINE, INC.<br>2625 LAS PALMAS AVENUE<br>ESCONDIDO, CA 92025 | $4.36 | $1.85 |
| 71006309264040366184 | DENNY JOHNSTON<br>44913 SILVER ROSE STREET<br>TEMECULA, CA 92592-5541 | $4.36 | $1.85 |
| 71006309264040366191 | DEREK SPIKER<br>1855 RAINBOW VALLEY BLVD<br>FALLBROOK, CA 92028 | $4.36 | $1.85 |
| 71006309264040366207 | DEREK SPIKER<br>19773 RAMONA TRAILS DRIVE<br>RAMONA, CA 92065 | $4.36 | $1.85 |
| 71006309264040366214 | MICHAEL SPIKER<br>1855 RAINBOW VALLEY BLVD<br>FALLBROOK, CA 92028 | $4.36 | $1.85 |
| 71006309264040366221 | NANCY SPIKER<br>1855 RAINBOW VALLEY BLVD<br>FALLBROOK, CA 92028 | $4.36 | $1.85 |
| 71006309264040366238 | NICOLE SPIKER<br>19773 RAMONA TRAILS DRIVE<br>RAMONA, CA 92065 | $4.36 | $1.85 |
| 71006309264040366245 | SHERILL JOHNSTON<br>2625 LAS PALMAS AVENUE<br>ESCONDIDO, CA 92025 | $4.36 | $1.85 |
| 71006309264040366252 | NICOLE SPIKER | $4.36 | $1.85 |
|  |  | $39.24 | $16.65 |

| Number of Pieces by Sender | Number of Pieces Received | Postmaster (Name) Receiving Employee | Mail By (Name) Sending Employee |
|---|---|---|---|
| 9 |  |  | James Allen Jr. |

I certify (or Declare) under penalty of perjury under the laws of the State of CA that the foregoing is true and correct

5-15-2007
(Date)

_____
(Declarant)

30

## Declaration of Mailing

Trustee's Sale No. 2006623

JAMES ALLEN Jr. , declare:

That I am an officer, agent, or employee of ACTION FORECLOSURE SERVICES, INC.
whose business address is 888 PROSPECT STREET,SUITE 201,LA JOLLA,CA 92037
I am over the age of eighteen years; On 05/15/2007 by Certified mail, enclosed in a sealed envelope with postage
fully prepaid, I deposited in the United States Post Office at SAN DIEGO
notices, a true and correct copy of which is hereunto attached and made part hereof, addressed to the following:

Date: 05/15/2007
Mailing: Sale Mail
Page: 2

| Number of Article | Name of Addressee, Street, and Post Office Address | Cert. Fee | R.R. Fee |
|---|---|---|---|
| | C/O THREE D ELECTRIC<br>1855 RAINBOW VALLEY BLVD<br>FALLBROOK, CA 92028 | | |
| 71006309264040366269 | DENNY JOHNSTON<br>2625 LAS PALMAS AVENUE<br>ESCONDIDO, CA 92025 | $4.36 | $1.85 |
| 71006309264040366276 | SHERILL JOHNSTON<br>2625 LAS PALMAS AVENUE<br>ESCONDIDO, CA 92025 | $4.36 | $1.85 |
| 71006309264040366283 | DEREK SPIKER<br>2625 LAS PALMAS AVENUE<br>ESCONDIDO, CA 92025 | $4.36 | $1.85 |
| 71006309264040366290 | NICOLE SPIKER<br>2625 LAS PALMAS AVENUE<br>ESCONDIDO, CA 92025 | $4.36 | $1.85 |
| 71006309264040366306 | MICHAEL SPIKER<br>2625 LAS PALMAS AVENUE<br>ESCONDIDO, CA 92025 | $4.36 | $1.85 |
| 71006309264040366313 | NANCY SPIKER<br>2625 LAS PALMAS AVENUE<br>ESCONDIDO, CA 92025 | $4.36 | $1.85 |
| 71006309264040366320 | SHERILL LYNNE JOHNSTON<br>2625 LAS PALMAS AVENUE<br>ESCONDIDO, CA 92025 | $4.36 | $1.85 |
| 71006309264040366337 | DENNY JOHNSTON<br>1855 RAINBOW VALLEY BLVD. | $4.36 | $1.85 |
| | | $34.88 | $14.80 |

| Number of Pieces by Sender | Number of Pieces Received | Postmaster (Name) Receiving Employee | Mail By (Name) Sending Employee |
|---|---|---|---|
| 8 | | | James M. Allen Jr. |

I certify (or Declare) under penalty of perjury under the laws of the State of CA that the foregoing is true and correct

5-15-2007
(Date)

(Declarant)

31

**Declaration of Mailing**

Trustee's Sale No. 2006623
I,     JAMES ALLEN,    Jr.,    , declare:

Date: 05/15/2007
Mailing: Sale Mail
Page:     3

That I am an officer, agent, or employee of     ACTION FORECLOSURE SERVICES, INC.
whose business address is     888 PROSPECT STREET,SUITE 201,LA JOLLA,CA 92037
I am over the age of eighteen years; On   05/15/2007     by Certified    mail, enclosed in a sealed envelope with postage fully prepaid, I deposited in the United States Post Office at        SAN DIEGO
notices, a true and correct copy of which is hereunto attached and made part hereof, addressed to the following:

| Number of Article | Name of Addressee, Street, and Post Office Address | Cert. Fee | R.R. Fee |
|---|---|---|---|
|  | FALLBROOK, CA 92028 |  |  |
| 71006309264040366344 | SHERILL JOHNSTON<br>1855 RAINBOW VALLEY BLVD.<br>FALLBROOK, CA 92028 | $4.36 | $1.85 |
| 71006309264040366351 | NICOLE SPIKER<br>1855 RAINBOW VALLEY BLVD.<br>FALLBROOK, CA 92028 | $4.36 | $1.85 |
| 71006309264040366368 | TARGET NATIONAL BANK<br>C/O ESKANOS & ADLER<br>DONALD R. STEBBINS/JANET L. BROWN<br>KURTISS A. JACOBS/JEROME M. YALON 218950/84204<br>2325 CLAYTON ROAD<br>CONCORD, CA 94520 | $4.36 | $1.85 |
| 71006309264040366375 | STATE OF CALIFORNIA<br>EMPLOYMENT DEVELOPMENT DEPARTMENT<br>LIEN GROUP, MIC 92G<br>P.O. BOX 826880<br>SACRAMENTO, CA 94280-0001 | $4.36 | $1.85 |
| 71006309264040366382 | LAGUNA NIGUEL DISTRICT<br>INTERNAL REVENUE SERVICE<br>S:C:F:TS:W: AREA 14: GROUP 15<br>24000 AVILA ROAD, M/S 5905<br>LAGUNA NIGUEL, CA 92677-09608 | $4.36 | $1.85 |
| 71006309264040366399 | INTERNAL REVENUE SERVICE<br>STOP 5021/ADVISORY UNIT 1/RM 4062<br>300 N. LOS ANGELES STREET<br>LOS ANGELES, CA 90012<br>ATTN: TECHNICAL SUPPORT TERRITORY MGR | $4.36 | $1.85 |
|  |  | $26.16 | $11.10 |

| Number of Pieces by Sender | Number of Pieces Received | Postmaster (Name) Receiving Employee | Mail By (Name) Sending Employee |
|---|---|---|---|
| 6 |  |  | James Allen, Jr. |

I certify (or Declare) under penalty of perjury under the laws of the State of   CA that the foregoing is true and correct

5-15-2007
(Date)             (Declarant)

32

**Declaration of Mailing**

Trustee's Sale No. 2006623

I,            JAMES ALLEN            , declare:

That I am an officer, agent, or employee of            ACTION FORECLOSURE SERVICES, INC.
whose business address is            888 PROSPECT STREET, SUITE 201, LA JOLLA, CA  92037
I am over the age of eighteen years; On  05/15/2007     by Certified     mail, enclosed in a sealed envelope with postage
fully prepaid, I deposited in the United States Post Office at            SAN DIEGO
notices, a true and correct copy of which is hereunto attached and made part hereof, addressed to the following:

Date:  05/15/2007
Mailing: ~~Sale Mail~~
Page:    4   Surplus Proceeds

| Number of Article | Name of Addressee, Street, and Post Office Address | Cert. Fee | R.R. Fee |
|---|---|---|---|
| 71006309264040366405 | INTERNAL REVENUE SERVICE<br>P.O. BOX 145585 STOP 8420G<br>CINCINNATI, OH 45250-5585 | $4.36 | $1.85 |
| 71006309264040366412 | INDEPENDENT ELECTRIC SUPPLY, INC.<br>C/O CRF SOLUTIONS<br>P.O. BOX 1389<br>SIMI VALLEY, CA 93062 | $4.36 | $1.85 |
| 71006309264040366429 | M AND D ELECTRIC INC.<br>A CALIFORNIA CORPORATION<br>19773 RAMONA TRAILS<br>RAMONA, CA 92065 | $4.36 | $1.85 |
| 71006309264040366436 | LAGUNA NIGUEL DISTRICT/AREA 16<br>INTERNAL REVENUE SERVICE<br>24000 AVILA ROAD, STOP 5905<br>LAGUNA NIGUEL, CA 92677<br>ATTN: TECHNICAL SUPPORT TERRITORY MGR<br>ADVISOR: K. RIPP 702-868-5063 | $4.36 | $1.85 |
| 71006309264040366443 | CHARLES D. NACHAND<br>447 SOUTH ESCONDIDO BLVD.<br>ESCONDIDO, CA 92025 | $4.36 | $1.85 |
| | | $21.80 | $9.25 |

| Number of Pieces by Sender | Number of Pieces Received | Postmaster (Name) Receiving Employee | Mail By (Name) Sending Employee |
|---|---|---|---|
| 5 | | | James Allen, Jr |

I certify (or Declare) under penalty of perjury under the laws of the State of    CA that the foregoing is true and correct

5-15-2007
(Date)            (Declarant)

33

# ATTACHMENT 11b

ATTACHMENT 11b

Petitioner alleges a potential conflict in the distribution of proceeds pursuant to Civil Code section 2924j(c).

Subsequent to a trustee's sale of real property, the proceeds from the sale must be distributed in accordance with Civil Code section 2924k. Pursuant to that statute any funds remaining after payment of the obligations secured by the deed of trust which is the subject of the trustee's sale are to be paid to satisfy any outstanding obligations secured by junior liens or encumbrances and then "to the trustor or the trustor's successor in interest. In the event the property is sold or transferred to another, to the vested owner of record at the time of the trustee's sale."

Petitioner conducted a Trustee's Sale of the real property located at vacant land in San Diego County on Julian Road East, Hwy. 78, under Assessors' Parcel Numbers 279-150-22 and 280-140-10 ("Subject Property"). The sale took place on May 4, 2007, under a Deed of Trust dated April 24, 2002, executed by:

Denny Johnston and Sherrill Johnston, husband and wife, as joint tenants as to an undivided 1/3 interest and Derek Spiker and Nicole Spiker, husband and wife, as joint tenants as to an undivided 1/3 interest and Michael Spiker and Nancy Spiker, husband and wife, as joint tenants as to an undivided 1/3 interest, as tenants in common.

The Deed of Trust was recorded on April 26, 2002, as Instrument No. 2002-0355530, in the official records of San Diego, California.

As of the date of the Trustee's Sale, the Subject Property was owned by the trustors, with each couple maintaining a 1/3 interest in the Subject Property. As of the date of the Trustees Sale, the following interests were recorded against the Subject Property, in the order of their priority:

1.  A Deed of Trust in favor of <u>Sherill Lynn Johnston</u>, which was executed by Denny L. Johnston and which was recorded on February 3, 2005, as Instrument No. 2005-0092417 in the original amount of $409,190.00.

2.  An Abstract of Judgment in favor of <u>Target National Bank</u> against Derek M. Spiker, which was recorded on August 4, 2006, as Instrument Number 2006-0554180 in the original amount of $5,110.44.

3.  A Tax Lien in favor of the <u>State of California Employment Development Department</u> against Michael J. Spiker, which was recorded on January 6, 2006, as Instrument Number 2006-0013911 in the original amount of $51,778.37.

4.  A Tax Lien in favor of the <u>Department of the Treasury - Internal Revenue Service</u> against Michael J. Spiker, which was recorded on June 9, 2006, as Instrument

1322491.wpd

Number 2006-0411776 in the original amount of $151,155.77.

5.    A Tax Lien in favor of the <u>Department of the Treasury - Internal Revenue Service</u> against Nancy S. Spiker, which was recorded on June 9, 2006, as Instrument Number 2006-0411777 in the original amount of $151,155.77.

6.    An Abstract of Judgment in favor of <u>Independent Electric Supply, Inc</u>. against M and D Electric Supply Inc., which was recorded on November 13, 2006, as Instrument Number 2006-0804472 in the original amount of $5,130.00.

The Petitioner received a claim to the excess proceeds of the Trustee's Sale from the <u>Department of Treasury - Internal Revenue Service</u> on or about May 23, 2007, in the amount of $161,074.41, based on the tax liens against Michael J and Nancy S Spiker described in <u>paragraphs 4 and 5</u> above. A true and correct copy of the claim and the supporting documents are attached hereto as **Exhibit A** and are incorporated herein by reference.

The Petitioner received a claim to the excess proceeds of the Trustee's Sale from the <u>State of California Employment Development Department</u> on or about June 4, 2007, in the amount of $51,092.06, based on the tax lien against Michael Spiker described in <u>paragraph 3</u> above. A true and correct copy of the claim and the supporting documents are attached hereto as **Exhibit B** and are incorporated herein by reference.

The Petitioner received a claim to the excess proceeds of the Trustee's Sale from <u>Sherill Johnston</u> through her attorney Charles D. Nachand on or about June 13, 2007. Sherill Johnston claims the entire amount of surplus proceeds based on the Deed of Trust executed by Denny L. Johnston, which is described in <u>paragraph 1</u> above. A true and correct copy of the claim and the supporting documents are attached hereto as **Exhibit C** d are incorporated herein by reference.

The Petitioner did not receive a claim to the excess proceeds from Denny L. Johnston, the remaining four trustors under the foreclosing Deed of Trust, Target National Bank, or Independent Electric Supply, Inc.

A conflict exists because Sherill Johnston had a partial ownership interest in the Subject Property at the time she obtained the beneficial interest under the Deed of Trust executed by Denny L. Johnston. Moreover, it is unclear whether the Deed of Trust encumbers Denny Johnson's 1/6 interest in the Subject Property or both Denny and Sherill Johnstons' 1/3 interest in the Subject Property. Finally, Sherills Johnstons' claim asserts she has a right to priority distribution for payments she made in furtherance of the partnership between all trustors regarding the development of the Subject Property. Petitioner is unable to determine the validity of Sherrill Johnston's claim to the entire amount of surplus funds, as it is unclear whether her lien under the Deed of Trust merged with her title.

1322491.wpd

36

Based on the foregoing, the Petitioner is unable to disburse the remaining surplus proceeds of the Trustee's Sale to the listed claimants, Trustor(s) and/or to the vested owner of record at the time fo the Trustee's Sale.  The Petitioner is unable to determine which party is entitled to the remaining surplus funds.

1322491.wpd

37

# Exhibit A



**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
Washington, D.C. 20224

Name:  Action Foreclosure Services, Inc.
Address: 888 Prospect St., Suite 201
La Jolla, CA 92037

Trustee's Sale #: 2006623
Attn: James M. Allen, Jr. - Chief Financial Officer

T/P's Name: Michael J (9814) & Nancy S (3417) Spiker
Derek M (7606) Spiker
Vacant Land at Goose Valley Ln., Ramona
T/P's Address: Vacant Land at Rancho Vista Dr., Ramona

A Notice of Federal Tax Lien was filed in    San Diego County, CA
for the tax liabilities listed below:    Michael J & Nancy S Spiker

| Type of Tax | Tax Period | Identifying Number | Unpaid Balance | Statutory Additions to: 05/04/2007 Interest | Penalty | Total |
|---|---|---|---|---|---|---|
| 6672 | 6/30/02 | xxx-xx-9814 | $ 16,093.33 | $ 2,018.44 | $ - | $ 18,111.77 |
| 6672 | 12/31/02 | xxx-xx-9814 | $ 16,871.08 | $ 2,060.85 | $ - | $ 18,931.93 |
| 6672 | 3/31/03 | xxx-xx-9814 | $ 30,649.82 | $ 3,743.93 | $ - | $ 34,393.75 |
| 6672 | 6/30/03 | xxx-xx-9814 | $ 30,024.23 | $ 3,667.52 | $ - | $ 33,691.75 |
| 6672 | 9/30/03 | xxx-xx-9814 | $ 29,426.57 | $ 3,594.51 | $ - | $ 33,021.08 |
| 6672 | 12/31/03 | xxx-xx-9814 | $ 6,286.80 | $ 767.94 | $ - | $ 7,054.74 |
| 6672 | 3/31/04 | xxx-xx-9814 | $ 9,807.08 | $ 1,197.96 | $ - | $ 11,005.04 |
| 6672 | 6/30/04 | xxx-xx-9814 | $ 4,334.84 | $ 529.51 | $ - | $ 4,864.35 |
| 6672 | 6/30/02 | xxx-xx-3417 | $ 16,093.33 | $ 2,018.44 | $ - | $ 18,111.77 |
| 6672 | 12/31/02 | xxx-xx-3417 | $ 16,871.08 | $ 2,060.85 | $ - | $ 18,931.93 |
| 6672 | 3/31/03 | xxx-xx-3417 | $ 30,649.82 | $ 3,743.93 | $ - | $ 34,393.75 |
| 6672 | 6/30/03 | xxx-xx-3417 | $ 30,024.23 | $ 3,667.52 | $ - | $ 33,691.75 |
| 6672 | 9/30/03 | xxx-xx-3417 | $ 29,426.57 | $ 3,594.51 | $ - | $ 33,021.08 |
| 6672 | 12/31/03 | xxx-xx-3417 | $ 6,286.80 | $ 767.94 | $ - | $ 7,054.74 |
| 6672 | 3/31/04 | xxx-xx-3417 | $ 9,807.08 | $ 1,197.96 | $ - | $ 11,005.04 |
| 6672 | 6/30/04 | xxx-xx-3417 | $ 4,334.84 | $ 529.51 | $ - | $ 4,864.35 |
| | | | | | | $ - |
| | | | | | Total: | |

The following periods have been assessed but liens have not been filed: Derek M. Spiker

| Type of Tax | Tax Period | Identifying Number | Unpaid Balance | Statutory Additions to: 05/04/2007 Interest | Penalty | Total |
|---|---|---|---|---|---|---|
| 6672 | 6/30/02 | xxx-xx-7606 | $ 16,093.33 | $ 1,992.07 | $ - | $ 18,085.40 |
| 6672 | 12/31/02 | xxx-xx-7606 | $ 16,871.08 | $ 2,035.43 | $ - | $ 18,906.51 |
| 6672 | 3/31/03 | xxx-xx-7606 | $ 30,649.82 | $ 3,697.80 | $ - | $ 34,347.62 |
| 6672 | 6/30/03 | xxx-xx-7606 | $ 30,024.23 | $ 3,622.32 | $ - | $ 33,646.55 |
| 6672 | 9/30/03 | xxx-xx-7606 | $ 29,426.57 | $ 3,550.22 | $ - | $ 32,976.79 |
| 6672 | 12/31/03 | xxx-xx-7606 | $ 6,286.80 | $ 758.48 | $ - | $ 7,045.28 |
| 6672 | 3/31/04 | xxx-xx-7606 | $ 9,807.08 | $ 1,183.19 | $ - | $ 10,990.27 |
| 6672 | 6/30/04 | xxx-xx-7606 | $ 4,334.84 | $ 522.97 | $ - | $ 4,857.81 |
| | | | | | Total: | |

The amount needed to release the lien is    $   161,074.41 .    **Total Owed:** _____
A Certificate of Release of Federal Tax Lien will be issued immediately only if payment is made by: 06/15/2007
1. Cash; or 2. Certified or Cashier's check; or
3. Treasurer's check drawn on a national/ state bank or trust company; or 4. Money Order

If the payment is made in any other form, the release will be delayed for 30 days or until evidence
is furnished that the funds have been transferred.

Please make payment payable to the United States Treasury and send it to:
**Internal Revenue Service, Advisory Unit**
**24000 Avila Road, M/S. 5905**
**Laguna Niguel, CA. 92677**
**Attn:**   D. Chambers

If you have any questions, please contact the person's whose name and telephone number
appear at the bottom of this letter. _____
Signature           Date:  0523/2007           Title: Group Manager, J. Carr           Telephone # 949-389-4124

39

Exhibit B

 **Employment Development Department** State of California



Arnold Schwarzenegger, Governor

June 4, 2007

Reference 415-0757-5

Action Foreclosure Services
888 Prospect Street     Suite 201
La Jolla, CA 92037
Attn:  J. M. Allen Jr.

## EXCESS PROCEEDS FROM TRUSTEE SALE

| | |
|---|---|
| Trustor | Michael J. Spiker |
| Trustee Sale # | 2006623 |
| Property Address: | N/A |
| Date Sold | 04-26-02 |

I, the undersigned claimant, request that I be awarded the excess proceeds resulting from the sale of the above referenced property.

I claim my status as a party of interest pursuant to Section 4675 of the California Revenue and Taxation Code.

I am a rightful claimant and base my status and right to file a claim on the following information and documentation:

<u>The Employment Development Department, State of California by its statutory power has created a lien for unpaid taxes against  Michael J. Spiker  San Diego  County California.</u>

| CERTIFICATE | RECORDED | BK-PG | TAXES | INT/PEN | BALANCE |
|---|---|---|---|---|---|
| M377579 | 01-06-06 | 06-0013911 | $32,465.50 | $18,626.56 | $51,092.06 |
| Assessment Date:  12-03-05 | | Quarters:    10-01-02  to 12-31-04 | | | |

CLAIM  TOTAL:     $51,092.06

I affirm under penalty that the foregoing is true and correct.

Executed the 4th day of June 2007 in Sacramento, California.

L. Rebman        (916) 464-2064
Special Procedures Section

Employment Development Department
800 Capitol Mall Mic 92 H
Sacramento, CA 94230-6203

To ensure proper application of payments, please remit a copy of this letter.

Exhibit C

# The Law Offices of Charles D. Nachand

451 South Escondido Boulevard
Escondido, California 92025-4813
Telephone: (760) 741-2665
Facsimile: (760) 741-0396

James M. Allen, Jr.                          June 13, 2007
Action Foreclosure Services
888 Prospect Street, Suite 201
La Jolla, California 92037

Re:   <u>Loan No. Spiker/Johnston; File No. 2006623</u>     STATEMENT OF CLAIM

Dear Mr. Allen:

This letter with attachments constitutes the claim by Sherill Johnston for the surplus sales proceeds from the foreclosure sale and as referenced in your Notice to Potential Claimant. The following facts pertain to Ms. Johnston's claim for priority distribution of the surplus sales proceeds:

1.     Sherill Johnston, Denny Johnston, Michael Spiker, Nancy Spiker, Derek Spiker, and Nicole Spiker were the record owners of fractional interests in the subject property.

2.     Those individuals are members in a partnership arrangement created by oral agreement for the purchase and partial development of the property. The partnership has no outside obligations and no debts and no claim to any distribution of the surplus sales proceeds, except as to the requirements on advances identified herein (or as reserved outside of this demand below), and neither Ms. Johnston nor the partnership is liable for any outside or third party individual debts of the owners of the other fractional interests in the subject property.

3.     During the ownership of the property, Ms. Johnston personally paid debts/advanced payment for the benefit of and relating to the property, with the knowledge of and at the request of the other partner/owners, which otherwise would have been paid by all of the participants, and were in excess of her personal share thereof relating to the property. She is due a priority distribution in reimbursement of those sums.

4.     As part of the development of the property, an additional 20 acres of land were purchased (APN 286-182-19) in order to provide access to the subject property. Once that access had been granted, the 20 acre parcel was sold. As per the above (knowledge, notice and request) Ms. Johnston paid/advanced additional sums relating to that purchase and is entitled to priority reimbursement of that amount.

5.     Ms. Johnston has obtained against Denny Johnston a money judgment, note and deed of trust secured by his interest in the subject property, which is more than sufficient to give her all right, title and interest to any distributions of any amount otherwise due to Denny Johnston. The judgment was obtained, and an abstract filed, prior to any other debts, liens or claims against Denny Johnston. Accordingly, because the amount of the judgment/note far exceeds any distribution to which Denny Johnston could be entitled, Ms. Johnson is entitled to direct payment of the one-sixth share of Denny Johnston before any payment to any other creditors of Denny Johnston.

44

Sherill Johnston claims the following amounts for distribution directly to her from the surplus sales proceeds which you are currently holding:

1.      The amount of $16,720.80  as a priority distribution, before payment of any other liens or debts to any person or entity or an any "share" or interest in the property as reimbursement of the sums she paid on debts of the property in excess of her liability for such debts as a one-sixth owner.  Documentation of the amount claimed is attached as Exhibit A hereto.

2.      The amount of $8,420.89 as a priority distribution, before payment of any other liens or debts as reimbursement of the sums she personally paid with regard to the 20 acre parcel which was necessary for obtaining access for the subject property.

3.      Her (Sherill Johnston) one-sixth share of the remainder of the surplus sales proceeds, after payment of the amounts listed in paragraphs 1 and 2 above, prior to the payment of any debts, liens or judgments of the other fractional owners.

4.      The one-sixth share of Denny Johnston of the remainder of the surplus sales proceeds, after payment of the amounts listed in paragraphs 1 and 2 above, prior to the payment of any debts, liens or judgments of the other fractional owners.  A copy of the Abstract of Judgment recorded on May 26, 2005, in the amount of $409,190.00 is attached.  The judgment accrues interest at the legal rate, currently the amount of $92,749.73, for a total judgment of $501,939.73.  Copies of the Note and Deed of Trust secured by the subject property are attached.

If you intend to distribute the monies otherwise, demand is made that you provide notice in advance thereof in order to allow appropriate action on behalf of Sherill Johnston. The foregoing claims are submitted as accurate obligations and demands but may not represent the entire amount due, which further obligations are not waived to the extent that they exist outside of the scope of this demand.  However, they are not made or asserted as to your sale proceeds.

On behalf of Sherill Johnston, this claim is delivered to  you at the address in the Notice to Claimant no later than 30 days after the date of said notice.

Very truly yours,

LAW OFFICES OF CHARLES D. NACHAND

Charles D. Nachand

CDN/km
Enclosures

I declare that the foregoing is true and correct to the best of my knowledge.  Executed at Escondido, California on June 14, 2007.

Sherill Johnston

45

DO NOT DESTROY THIS NOTE:  When paid, this note and the Deed of Trust must be surrendered to the First American Title Insurance Company with request for reconveyance.

# STRAIGHT NOTE

$ 409,190.00 _____ San Diego _____, California, January 07, 2005 _____

On or before January 07, 2010 _____ *later date*

for value received, Denny L. Johnston _____ promise**s** to pay

to Sherill Lynne Johnston _____

_____

_____, or order,

at Beneficiary's Designation _____

the sum of FOUR HUNDRED NINE THOUSAND ONE HUNDRED AND NINETY DOLLARS AND no/100's Dollars,

*with interest from* _____ *until paid, at the rate of* _____

*per cent, per annum,* payable upon sale of property located at: Julian Rd/E. Hwy 78 including Parcel #s 279-150-22; 280-140-10; 286-181-01 and 286-182-19; as more particularly described in full legal descriptions attached to this note.

OR: January 07, 2010; whichever occurs first.

Should interest not be so paid, it shall thereafter bear like interest as the principal, but such unpaid interest so compounded shall not exceed an amount equal to simple interest on the unpaid principal at the maximum rate permitted by law. Should default be made in the payment of any installment of interest when due, then the whole sum of principal and interest shall become immediately due and payable at the option of the holder of this note. Should suit be commenced to collect this note or any portion thereof, such sum as the Court may deem reasonable shall be added hereto as attorney's fees. Principal and interest payable in lawful money of the United States of America. This note is secured by a certain DEED OF TRUST to the FIRST AMERICAN TITLE INSURANCE COMPANY, a California corporation, as TRUSTEE.

Denny L. Johnston _____    _____

_____    _____

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of ~~San Diego~~ } ss.

On ~~6-14-07~~ before me, ~~Kristine A. Merel, Notary Public~~
     Date                         Name and Title of Officer (e.g., "Jane Doe, Notary Public")

personally appeared ~~Sheell~~
                                      Name(s) of Signer(s)

☐ personally known to me
☑ proved to me on the basis of satisfactory evidence

to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

~~Kristine A. Merel~~
Signature of Notary Public

**KRISTINE A. MEREL**
Commission # 1463207
Notary Public - California
San Diego County
My Comm. Expires Jan 16, 2008

---

## OPTIONAL

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

### Description of Attached Document

Title or Type of Document: ~~Letter to James M. Allen, JP.~~

Document Date: ~~6-13-07~~                     Number of Pages: ~~6~~

Signer(s) Other Than Named Above: _____

### Capacity(ies) Claimed by Signer

Signer's Name: _____

☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney-in-Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

**RIGHT THUMBPRINT OF SIGNER**
Top of thumb here

---

© 1999 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.nationalnotary.org        Prod. No. 5907        Reorder: Call Toll-Free 1-800-876-6827

47

Order No.
Escrow No.
Loan No.

WHEN RECORDED MAIL TO:

Sherill Lynne Johnston
2625 Las Palmas Avenue
Escondido, CA  92025

THE ORIGINAL OF THIS  DOCUMENT
WAS RECORDED ON  FEB 03, 2005
DOCUMENT NUMBER  2005-0092417
GREGORY J. SMITH, COUNTY RECORDER
SAN DIEGO COUNTY RECORDER'S OFFICE
TIME:  9:58   AM

SPACE ABOVE THIS LINE

# DEED OF TRUST WITH ASSIGNMENT OF RENTS
## (SHORT FORM)

This DEED OF TRUST, made    January 07, 2005                                      , between

   DENNY L. JOHNSTON                                               herein called TRUSTOR,

whose address is        521 Pine Tree Place          Escondido, CA    92025                    ,
                        (Number and Street)              (City)                    (State)

FIRST AMERICAN TITLE INSURANCE COMPANY, a California corporation, herein called TRUSTEE, and

       Sherill Lynne Johnston                              , herein called BENEFICIARY,

WITNESSETH: That Trustor grants to Trustee in trust, with power of sale, that property in the  County of San Diego,
State of California, consisting of 4-Parcels as follows: 279-150-22; 280-140-10; 286-181-01
& 286-182-19,              County of      SAN DIEGO            , State of California, described as:

as more particularly described in full legal descriptions, attached hereto and made a part
hereof.

together with the rents, issues and profits thereof, subject, however, to the right, power and authority hereinafter given to and
conferred upon Beneficiary to collect and apply such rents, issues and profits for the purpose of securing (1) payment of the
sum of $  $ 409,190.00                with interest thereon according to the terms of a promissory note or notes
of even date herewith made by Trustor, payable to order of Beneficiary, and extensions or renewals thereof, (2) the
performance of each agreement of Trustor incorporated by reference or contained herein and (3) payment of additional sums
and interest thereon which may hereafter be loaned to Trustor, or his successors or assigns, when evidenced by a promissory
note or notes reciting that they are secured by this Deed of Trust.

To protect the security of this Deed of Trust, and with respect to the property above described, Trustor expressly makes each
and all of the agreements, and adopts and agrees to perform and be bound by each and all of the terms and provisions set
forth in subdivision A, and it is mutually agreed that each and all of the terms and provisions set forth in subdivision B of the
fictitious deed of trust recorded in Orange County August 17, 1964, and in all other counties August 18, 1964, in the book

and at the page of Official Records in the office of the county recorder of the county where said property is located, noted below opposite the name of such county, namely:

| COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Alameda | 1288 | 556 | Kings | 858 | 713 | Placer | 1028 | 379 | Sierra | 38 | 187 |
| Alpine | 3 | 130-31 | Lake | 437 | 110 | Plumas | 166 | 1307 | Siskiyou | 506 | 762 |
| Amador | 133 | 438 | Lassen | 192 | 367 | Riverside | 3778 | 347 | Solano | 1287 | 621 |
| Butte | 1330 | 513 | Los Angeles | T-3878 | 874 | Sacramento | 5039 | 124 | Sonoma | 2067 | 427 |
| Calaveras | 185 | 338 | Madera | 911 | 136 | San Benito | 300 | 405 | Stanislaus | 1970 | 56 |
| Colusa | 323 | 391 | Marin | 1849 | 122 | San Bernardino | 6213 | 768 | Sutter | 655 | 585 |
| Contra Costa | 4684 | 1 | Mariposa | 90 | 453 | San Francisco | A-804 | 596 | Tehama | 457 | 183 |
| Del Norte | 101 | 549 | Mendocino | 667 | 99 | San Joaquin | 2855 | 283 | Trinity | 108 | 595 |
| El Dorado | 704 | 635 | Merced | 1660 | 753 | San Luis Obispo | 1311 | 137 | Tulare | 2530 | 108 |
| Fresno | 5052 | 623 | Modoc | 191 | 93 | San Mateo | 4778 | 175 | Tuolumne | 177 | 160 |
| Glenn | 469 | 76 | Mono | 69 | 302 | Santa Barbara | 2065 | 881 | Ventura | 2607 | 237 |
| Humboldt | 801 | 83 | Monterey | 357 | 239 | Santa Clara | 6626 | 664 | Yolo | 769 | 16 |
| Imperial | 1189 | 701 | Napa | 704 | 742 | Santa Cruz | 1638 | 607 | Yuba | 398 | 693 |
| Inyo | 165 | 672 | Nevada | 363 | 94 | Shasta | 800 | 633 | | | |
| Kern | 3756 | 690 | Orange | 7182 | 18 | San Diego | SERIES 5 | Book 1964, Page 149774 | | | |

shall inure to and bind the parties hereto, with respect to the property above described. Said agreements, terms and provisions contained in said subdivisions A and B, (identical in all counties, and printed on pages 3 and 4 hereof) are by the within reference thereto, incorporated herein and made a part of this Deed of Trust for all purposes as fully as if set forth at length herein, and Beneficiary may charge for a statement regarding the obligation secured hereby, provided the charge therefor does not exceed the maximum allowed by law.

The undersigned Trustor, requests that a copy of any notice of default and any notice of sale hereunder be mailed to him at his address hereinbefore set forth.

STATE OF CALIFORNIA }ss.
COUNTY OF _SAN DIEGO_ }

On _JANUARY 20 2005_ before me,
_BERNADETTE G. TAGLE, A NOTARY PUBLIC_
personally appeared _DENNY L. JOHNSTON_

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature _Bernadette G. Tagle_

Signature of Trustor

Denny L. Johnston

BERNADETTE G. TAGLE
Commission # 1373521
Notary Public - California
San Diego County
My Comm. Expires Sep 8, 2006

(This area for official notarial seal)

(continued on next page)

EJ-001

DOC # 2005-0443201

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and address):
TEL NO.: (fax) 489-8364

Recording requested by and return to:
Sherill Johnston
2625 Las Palmas Avenue
Escondido, CA 92025

☐ ATTORNEY FOR  ☐ JUDGMENT CREDITOR  ☐ ASSIGNEE OF RECORD

MAY 26, 2005    10:04 AM

OFFICIAL RECORDS
SAN DIEGO COUNTY RECORDER'S OFFICE
GREGORY J. SMITH, COUNTY RECORDER
FEES:    13.00
PAGES:    2    NOTICES:    1

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
☐ HALL OF JUSTICE, 330 W. BROADWAY, SAN DIEGO, CA 92101-3827
☐ MADGE BRADLEY BLDG., 1409 4TH AVE., SAN DIEGO, CA 92101-3294
☐ FAMILY COURT, 1555 6TH AVE., SAN DIEGO, CA 92101-1187
☐ KEARNY MESA BRANCH, 8950 CLAIREMONT MESA BLVD., SAN DIEGO, CA 92081-6643
☐ NORTH COUNTY DIVISION, 325 S. MELROSE DR., VISTA, CA 92081-6643
☑ EAST COUNTY DIVISION, 250 E. MAIN ST., EL CAJON, CA 92020-3941
☐ RAMONA BRANCH, 1428 MONTECITO RD., RAMONA, CA 92065-5200
☐ SOUTH COUNTY DIVISION, 500 3RD AVE., CHULA VISTA, CA 91910-5549

PLAINTIFF: Denny Lee Johnston

DEFENDANT: Sherill Lynne Johnston

**ABSTRACT OF JUDGMENT**    ☐ Amended

CASE NUMBER:
DN 132 150 SDD
FOR COURT USE ONLY

1. The ☑ judgment creditor  ☐ assignee of record
   applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address

   ┌─────────────────────────────────┐
   │ Denny Lee Johnston              │
   │ 521 Pine Tree Place             │
   │ Escondido, CA 92025             │
   └─────────────────────────────────┘

   b. Driver's license No. and state: N233 1967    CA  ☐ Unknown
   c. Social security No.: 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    ☐ Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or
      mailed to (name and address):

   e. ☐ Original abstract recorded in this county:
      (1) Date:
      (2) Instrument No.:

   f. ☐ Information on additional judgment debtors is
      shown on page two.

Date: 5/19/05

Sherill Johnston
(TYPE OR PRINT NAME)

Sherill Johnston
(SIGNATURE OF APPLICANT OR ATTORNEY)

2. a. ☑ I certify that the following is a true and correct abstract
      of the judgment entered in this action.
   b. ☐ A certified copy of the judgment is attached.

3. Judgment creditor (name and address):
   Sherill Lynne Johnston, Escondido CA 92025
   2625 Las Palmas Avenue, Escondido CA 92025

4. Judgment debtor (full name as it appears in judgment):
   Denny Lee Johnston

5. a. Judgment entered on
      (date): 3/9/05
   b. Renewal entered on
      (date):

   This abstract issued on (date):
   MAY 24 2005

6. Total amount of judgment as entered or last renewed:
   $ 409,190.00

7. ☐ An ☐ execution lien ☑ attachment lien
   is endorsed on the judgment as follows:
   a. Amount: $ 409,190.00
   b. In favor of (name and address):
      Sherill Lynne Johnston
      2625 Las Palmas Avenue
      Escondido, CA 92025

8. A stay of enforcement has
   a. ☑ not been ordered by the court.
   b. ☐ been ordered by the court effective until
         (date):

9. ☐ This judgment is an installment judgment.

Clerk, by    T. ROBERTS    , Deputy

Page 1 of 1

Code of Civil Procedure, §§ 488.48,
674, 700.19

Mandatory Use
of California
(Rev. January 1, 2003)

**ABSTRACT OF JUDGMENT**
(CIVIL)

50

# ATTACHMENT 13

1  JOHN D. DUNCAN (CA SBN 179560)
   PETER J. SALMON (CA SBN 174386)
2  LAUREL I. HANDLEY (CA SBN 231249)
   PITE DUNCAN, LLP
3  525 E. Main Street
   P.O. Box 12289
4  El Cajon, CA 92022-2289
   Telephone: (619) 590-1300
5  Facsimile: (619) 590-1385

6  Attorneys for Petitioner Action Foreclosure Services, Inc.

7

8                    SUPERIOR COURT OF CALIFORNIA

9                  COUNTY OF SAN DIEGO - NORTH COUNTY

10
   IN RE:                              Case No.:
11
   VACANT LAND LOCATED IN SAN
12 DIEGO COUNTY APNS 279-150-22 AND     PROOF OF SERVICE
   280-140-10
13

14

15      I, the undersigned, declare: I am, and was at the time of service of the papers herein referred
   to, over the age of 18 years, and not a party to this action.  My business address is 525 East Main
16 Street, El Cajon, California 92020.

17      On December 12, 2007, I served the following documents:

18      1.      PETITION AND DECLARATION REGARDING UNRESOLVED CLAIMS
                AND DEPOSIT OF UNDISTRIBUTED SURPLUS PROCEEDS OF
19              TRUSTEE'S SALE

20      2.      NOTICE OF PETITION TO SUPERIOR COURT TO DEPOSIT SURPLUS
                FUNDS

21      3.      CIVIL CASE COVER SHEET

22      4.      ORDER TO DEPOSIT SURPLUS FUNDS

23
   on the parties in this action addressed as follows:
24
   Denny Johnston                        Denny Johnston
25 C/O Taylor Pipeline, Inc.             44913 Silver Rose Street
   2625 Las Palmas Avenue                Temecula, CA 92592
26 Escondido, CA 92025

27 Derek Spiker                          Derek Spiker
   1855 Rainbow Valley Blvd.             19773 Ramona Trails Drive
28 Fallbrook, CA 92028                   Ramona, CA 92065

| | | |
|---|---|---|
| 1 | Michael Spiker<br>1855 Rainbow Valley Blvd. | Nancy Spiker<br>1855 Rainbow Valley Blvd. |
| 2 | Fallbrook, CA 92028 | Fallbrook, CA 92028 |
| 3 | Nicole Spiker<br>19773 Ramona Trails Drive | Sherill Johnston<br>2625 Las Palmas Avenue |
| 4 | Ramona, CA 92065 | Escondido, CA 92025 |
| 5 | Nicole Spiker<br>C/O Three D Electric | Denny Johnston<br>2625 Las Palmas Avenue |
| 6 | 1855 Rainbow Valley Blvd<br>Fallbrook, CA 92028 | Escondido, CA 92025 |
| 7 | | |
| 8 | Derek Spiker<br>2625 Las Palmas Avenue<br>Escondido, CA 92025 | Nicole Spiker<br>2625 Las Palmas Avenue<br>Escondido, CA 92025 |
| 9 | | |
| 10 | Michael Spiker<br>2625 Las Palmas Avenue<br>Escondido, CA 92025 | Nancy Spiker<br>2625 Las Palmas Avenue<br>Escondido, CA 92025 |
| 11 | | |
| 12 | Sherill Lynne Johnston<br>2625 Las Palmas Avenue<br>Escondido, CA 92025 | Denny Johnston<br>1855 Rainbow Valley Blvd.<br>Fallbrook, CA 92028 |
| 13 | | |
| 14 | Sherill Johnston<br>1855 Rainbow Valley Blvd.<br>Fallbrook, CA 92028 | Nicole Spiker<br>1855 Rainbow Valley Blvd.<br>Fallbrook, CA 92028 |
| 15 | | |
| 16 | Target National Bank<br>C/O Eskanos & Adler<br>Donal R. Stebbins/Janet L. Brown | State of California Employment Development<br>Department<br>Lien Group, MIC 92G |
| 17 | Kurtiss A. Jacobs/Jerome M. Yalon<br>218950/84204 | P.O. Box 826880<br>Sacramento, CA 94280-0001 |
| 18 | 2325 Clayton Road<br>Concord, CA 94520 | |
| 19 | | |
| 20 | Laguna Niguel District<br>Internal Revenue Service<br>S:C:F:TS:W:AREA 14:GROUP 15 | Internal Revenue Service<br>Stop 5021/ Advisory Unit 1/RM 4062<br>300 N. Los Angeles Street |
| 21 | 24000 Avila Road, M/S 5905<br>Laguna Niguel, CA 92677 | Los Angeles, CA 90012<br>Attn: Technical Support Territory Mgr. |
| 22 | | |
| 23 | Internal Revenue Service<br>Post Office Box 145585 Stop 8420G | Independent Electric Supply, Inc.<br>C/O CRF Solutions |
| 24 | Cincinnati, OH 45250 | Post Office Box 1389<br>Simi Valley, CA 93062 |
| 25 | M and D Electric Inc. | Laguna Nigel District/Area 16 |
| 26 | A California Corporation<br>19773 Ramona Trails<br>Ramona, CA 92065 | Internal Revenue Service<br>24000 Avila Road, Stop 5905<br>Laguna Nigel, CA 92677 |
| 27 | | Attn: Technical Support Territory Mgr<br>Advisor: K. Ripp 702-868-5063 |
| 28 | Charles D. Nachand<br>The Law Offices of Charles D. Nachand<br>447 South Escondido Blvd.<br>Escondido, CA 92025 | |

141806.wpd    53

1  Charles D. Nachand                                    Employment Development Department
   The Law Offices of Charles D. Nachand                 800 Capitol Mall Mic 92 H
2  451 South Escondido Boulevard                         Sacramento, CA 94230
   Escondido, CA 92025-4813
3

4
5   __X__   **BY MAIL:**  I placed a true copy in a sealed envelope addressed as indicated above.  I am
           readily familiar with the firm's practice of collection and processing correspondence for
           mailing.  It is deposited with the U.S. Postal Service on that same day in the ordinary course
6          of business.  I am aware that on motion of party served, service is presumed invalid if postal
           cancellation date or postage meter date is more than one day after date of deposit for mailing
7          in affidavit.

8   ____    **BY CERTIFIED MAIL:**  I placed a true copy in a sealed envelope addressed as indicated
           above via certified mail, return receipt requested.
9

10  ____    **BY FACSIMILE:**  I personally sent to the addressee's facsimile number a true copy of the
           above-described document(s).  I verified transmission with a confirmation printed out by the
           facsimile machine used.  Thereafter, I placed a true copy in a sealed envelope addressed and
11         mailed as indicated above.

12  ____    **BY FEDERAL EXPRESS:**  I placed a true copy in a sealed Federal Express envelope
           addressed as indicated above.  I am familiar with the firm's practice of collection and
13         processing correspondence for Federal Express delivery and that the documents served are
           deposited with Federal Express this date for overnight delivery.
14
15      I declare under penalty of perjury under the laws of the State of California that the foregoing
    is true and correct.

16      Executed on <u>December 12, 2007</u>, at El Cajon, California.

17

18                                             _____
                                               ROSALYNN B. SALARDA
19

20

21

22

23

24

25

26

27

28

                                         3                              141852.wpd

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Exhibit 2

F I L E D
Clerk of the Superior Court

DEC 2 7 2007

By: Josie Castillo

# SUPERIOR COURT OF CALIFORNIA

## COUNTY OF SAN DIEGO - NORTH COUNTY

| | |
|---|---|
| IN RE: | Case No.: 37-2007-00080647-CU-PT-NC |
| VACANT LAND LOCATED IN SAN DIEGO COUNTY APNS 279-150-22 AND 280-140-10 | UnLimited Jurisdiction |
| | NOTICE OF HEARING SET BY THE CLERK OF THE COURT PURSUANT TO CIVIL CODE SECTION 2924j(d) |

To all interested persons, please take notice that SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO - NORTH COUNTY, has set a hearing to determine disbursement of surplus funds on deposit, that will be heard on _____3-21-08_____ at 1:30 pm _____ in Department ____12____ in Superior Court of California, COUNTY OF SAN DIEGO - NORTH COUNTY, located at 325 South Melrose, Vista, CA 92083.

All potential claimants shall file and serve their claim to the surplus funds within 15 days of the hearing pursuant to Civil Code section 2924j(d), which provides in pertinent part:

> Within 90 days after deposit with the clerk, the court shall consider all claims filed at least 15 days before the date on which the hearing is scheduled by the court, the clerk shall serve written notice of the hearing by first-class mail on all claimants identified in the trustee's declaration at the addresses specified therein.

Dated: ___DEC 2 7 2007___

J.C. CASTILLO
CLERK OF THE SUPERIOR COURT

-1-

56

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Exhibit 3

# SUPERIOR COURT OF CALIFORNIA,
## COUNTY OF SAN DIEGO
### NORTH COUNTY
### MINUTE ORDER

Date: 03/21/2008                Time: 01:30:00 PM        Dept: N-12
Judicial Officer Presiding: Judge Adrienne A. Orfield
Clerk: Monique Rodriguez

Bailiff/Court Attendant: Ladd, Andrea
ERM:
Reporter: , Nuttall, Terri

Case Init. Date: 12/26/2007

Case No: 37-2007-00080647-CU-PT-NC        Case Title: Petition of Action Foreclosure Services, Inc.

Case Category: Civil - Unlimited        Case Type: Petitions - Other

Event Type: Hearing on Petition

**Appearances:**

Respondent Sherill Johnston present.
All parties submit(s) on the Court's tentative ruling.

The Court confirms the tentative ruling as follows:

TENTATIVE RULING:

:
This court, having received the Notice of Removal of State Action to Federal Court brought by the United States Attorney's Office, hereby effects the requested removal and directs the clerk of the Superior Court to prepare and transmit a copy of all pleadings in this matter to the United States District Court.

IT IS SO ORDERED.

The minutes are the order of the Court. No formal order is required.

|  | Calendar No.: 0 |
|---|---|
| **Superior Court of California** **County of San Diego** SIGN-IN SHEET | Court Use Only |

**CASE:** 37-2007-00080647-CU-PT-NC - Petition of Action Foreclosure Services, Inc.

**EVENT TYPE:** Hearing on Petition                 **EVENT DATE/TIME:** 03/21/2008  1:30 pm

**DEPARTMENT:** N-12

**JUDGE:** Adrienne A. Orfield

| ATTORNEY/PARTICIPANT NAME | CLIENT NAME | SIGNATURE |
|---|---|---|
| HANDLEY, LAUREL I | Action Foreclosure Services, Inc. [PET] | |
| NACHAND, CHARLES D | Johnston, Sherill [RSP] | *Julie Johnston* |
| | | |
| | | |
| | | |
| | | |

59

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Exhibit 4

1  THE LAW OFFICES OF CHARLES D. NACHAND
   Charles D. Nachand (Bar No. 72068)
2  Demetri Lahanas, (Bar No. 185583)
   Richard B. Hudson (Bar No. 140883)
3  451 South Escondido Boulevard
   Escondido, California 92025
4  (760) 741-2665 (Telephone)
   (760) 741-0396 (Facsimile)
5

6  Attorneys for Sherill Johnston

7

8

           IN THE UNITED STATES DISTRICT COURT
9
        FOR THE SOUTHERN DISTRICT OF CALIFORNIA
10

11  IN RE:                              )   Case No.: 3:08-CV-00455-W-BLM
                                        )
12  VACANT LAND LOCATED IN SAN          )   **DECLARATION AND**
    DIEGO COUNTY APNS 279-150-22 AND     )   **AUTHORIZATION OF SHERILL**
13  280-140-10                          )   **JOHNSTON**
                                        )
14  ——————————————————————              )

15

16      I, SHERILL JOHNSTON, declare as follows:

17      1. I am the respondent and claimant in the State Court and Federal action captioned above,

18  concerning the vacant land, and surplus funds on foreclosure sale.

19      2. I have agreed to and have authorized my attorney to enter into a Stipulation and to

20  accept a pay out of $50,761.74.

21      3. I understand that it is unlikely that there is any other accrued funds, interest or other

22  sums, and that I have agreed to accept the $50,761.74 as the payout if there are no further funds.

23      4. I understand that the Internal Revenue Service is receiving $25,380.87.  I understand

24  that Action Foreclosure Services, Inc. has already taken its fees and costs out, and that I will not be

25  liable for other's fees and costs, and I will not have my fees and costs paid by anyone else.

26      5. I understand that the USA - IRS is not releasing their lien claim as to the Spikers on any

27  other property other than the two parcels that were sold at foreclosure, and the surplus proceeds of

28  which are the subject of this action.

1      6. I have authorized the forwarding of the funds care of my attorney's client trust account

2  at his address.

3      Executed this _6_ day of May, 2008 at Escondido, California. If called as a witness in this

4  action, I could competently declare thereto. I declare under penalty of perjury that the foregoing is

5  true and correct.

6

7

8                         Sherill Johnston

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

In Re Vacant Land APNS 279-150-22, 280-140-10: Dec. Sherill Johnston