05/16/2008 00 17 FAX  2023070054          DOJ TAXATION                                 ⌀002/002

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTION FORECLOSURE SERVICES, INC, ) | Case No. 3:08-CV-00455-W-BLM |
| Plaintiff, ) | |
| v. ) | **DISCLAIMER OF INTEREST** |
| UNITED STATES OF AMERICA, ) | |
| Defendant. ) | |

The State of California Employment Development Department, hereby disclaims any interest in the amounts currently being maintained by the County Treasurer in the above-referenced action. As the interests of the United States have priority to the surplus funds and will exhaust the available funds, the State of California Employment Development Department does not wish to pursue its interests.

DATED this 16th day of May, 2008.

*/s/ Randy Winkle*
RANDY WINKLE
California Employment Development Department

---

Disclaimer                                              1                                          3285472.1