| | |
|---|---|
| 1 | Name of Case: In Re: Vacant Land Located in San Diego County, APNS 279-150-22 & 280-140-10 |
| 2 | United State District Court, Southern District of California; Case No. 3:08-CV-00455-W-BLM |

### DECLARATION OF SERVICE

I, Sharon Lewis, declare as follows:

I am over the age of eighteen years and not a party to the case. I am employed in the County of San Diego, California, where the mailing occurs; and my business address is 451 South Escondido Boulevard, Escondido, CA 92025.

On May 23, 2008 served the foregoing document(s) described as: **Stipulation Regarding Lien Priority; Declaration of Charles D. Nachand in Support of Stipulation for Disbursement of Funds; Disclaimer of Interest; [Proposed] Order Regarding Lien Priority** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

### SEE ATTACHED MAILING LIST

(X)  BY MAIL.  I am readily familiar with the firm's practice of collection and processing of correspondence for mailing with the United States Postal Service, and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business pursuant to *Code of Civil Procedure* §1013a.

( )  BY FAX.  In addition to service by mail as set forth above, a copy of said document(s) were also delivered by facsimile transmission to the addressee pursuant to *Code of Civil Procedure* §1013(e).

( )  BY PERSONAL SERVICE.  I hand-delivered said document(s) to the addressee pursuant to *Code of Civil Procedure* §1011.

( )  BY EXPRESS MAIL.  I caused said document(s) to be deposited in a box or other facility regularly maintained by the express service carrier providing overnight delivery pursuant to *Code of Civil Procedure* §1013(c)

Executed May 23, 2008 at Escondido, California.

I declare under the penalty of perjury under the laws of the State of California that the above is true and correct.

*/s/ Sharon Lewis*
Sharon Lewis

| | |
|---|---|
| Laurel I. Handley, Esq.<br>PIPE DUNCAN, LLP<br>525 E. Main Street<br>P.O. Box 12289<br>El Cajon, California 92022-2290<br>Telephone: 619: 590-1300<br>Attorneys for Action Foreclosure Services, Inc. | Lauren M. Castaldi, Esq.<br>Trial Attorneys, Tax Division<br>U.S. Department of Justice<br>555 4th Street, N.W.<br>Washington, D.C. 20001<br>Telephone: 202: 514-9668<br>Attorneys for United State of America |